# EXHIBIT A



# PENNSYLVANIA STATE POLICE

**GO# PA 2023-1001359**

**DRUG SALE OF / PWID**
**ARRESTEE # 1 - MALDONADO MONTEAGUDO, AMIRCAR**
**Offense Tracking Number R532111-6**

# Table of Contents

**Related Person(s)** ........ 1

1. ARRESTEE # 1 - MALDONADO MONTEAGUDO, AMIRCAR ........ 1
2. INVOLVED # 1 - RODRIGUEZ VASQUEZ, AMBAR ........ 3
3. INVOLVED # 2 - RIVAS MARTES, CAONABO ........ 4

**Related Vehicle(s)** ........ 5

1. Involved # 1 - MCA7367, PA VIN# 1HGCV1F47LA130307 ........ 5

**Related Narrative(s)** ........ 6

1. 1 -INITIAL NARRATIVE - 08/03/2023 ........ 6
2. 7-TEXT TEMPLATES - SHIELD HIGHWAY INTERDICTION - 07/31/2023 ........ 10
3. 7-TEXT TEMPLATES - MVR REQUEST - 08/09/2023 ........ 13
4. 2 - NEWS RELEASE NARRATIVE - 08/09/2023 ........ 14

**Related Follow Up(s)** ........ 15

1. Follow Up Report # PA 1 - MATTHEWS,R,12375 ........ 15
   - 7-TEXT TEMPLATES - MVR REQUEST COMPLETION - 08/16/2023 ........ 15
2. Follow Up Report # PA 2 ........ 16
   1. DUE DILIGENCE OF WARRANT SERVICE - DUE DILLIGENCE/WARRANT/NCIC/CRIMINAL COMPLAINT ........ 16
   2. OTHER - MX908 LAB REPORT ........ 38
   3. WAIVER OF RIGHTS - WRITTEN CONSENT FORM ........ 46
   4. PROPERTY RECORD - ........ 47
   5. REQUEST FOR FORENSICS ANALYSIS - ........ 49
   6. STATISTICAL NARCOTICS REPORT - ........ 50
   7. OTHER - SDIR ........ 51
3. Follow Up Report # PA 3 - PRONICK,P,14218 ........ 53
   - 3 - OFFICER NARRATIVE - WARRANT SERVED/ARRAIGNMENT - 10/30/2023 ........ 53
   - 1. DUE DILIGENCE OF WARRANT SERVICE - ........ 54
4. Follow Up Report # PA 4 - PRONICK,P,14218 ........ 66
   - 1. LAB REPORT - ........ 66
5. Follow Up Report # PA 5 - PRONICK,P,14218 ........ 67
   - 5 - CASE CONCLUSION - FINAL DISPOSITION - 04/09/2024 ........ 67
   - 1. OTHER - ........ 68



# PENNSYLVANIA STATE POLICE

**General Offense Report**

| **GO# PA 2023-1001359** | **Operational Status: CLOSED** | | |
|---|---|---|---|
| **Reported Date:** Jul-31-2023 (Mon.) | **Officer:** Employee # - PRONICK,P,14218 | **Approved by:** Employee # - NEWCOMER,J,12055 | |
| **Date Occurred:** Jul-31-2023 (Mon.) | **Time:** 1333 | **Latest Possible Date:** | **Time:** |
| **Location of Occurrence:** 471 I83 N , LOWER PAXTON TWP (DAUPHIN) **District:** H01 **Zone:** H0175 **Grid:** | | | |
| **Study:** Contact Data Reporting Completed, Interdiction / SHIELD | **Domestic Violence:** No | | |
| **Offense:** #1 DRUG SALE OF / PWID - COMPLETED | | | |
| **Total Stolen:** | **Total Damaged:** | **Total Recovered:** | |

## Clearance Information

| | | |
|---|---|---|
| **Agency:** PA State Police | **Date Cleared:** 07/31/2023 | **Cleared by:** PRONICK,P,14218 |
| **Status:** Cleared By Arrest Or Citation | **IBR Cleared exceptionally status:** Not Applicable | |

## Related Person(s)

### ARRESTEE # 1 - MALDONADO MONTEAGUDO, AMIRCAR

| | | | |
|---|---|---|---|
| **Sex:** Male | **Race:** WHITE | **Ethnicity:** Hispanic | **DOB** |
| **Age Based Off Incident Occurrence Date:** 31 | | | |
| **Height:** 5'09 **Weight:** 200 | **Hair:** BLACK | | **Eyes:** BROWN |
| **Address:** YORK, PA 17401 | | | |
| **Home #:** ( | **Work #:** | **Cell #:** | |
| **Email Address:** | | | |
| **Place of Birth:** Dominican Republic | **Citizenship:** | | |
| **Language:** | **Marital Status:** Single | **Occupation:** UNEMPLOYED | |
| **Employer:** PHARMSCRIPT | **Employer Address:** NEW YORK, NY | | |
| **Driver's License #** Pennsylvania | **Social Security #** | | |
| **Complexion:** | **Build:** | | **Handed:** |
| **Description of Facial Hair:** | | | |
| **Facial Hair Color:** | **Eye Glass Lens:** | | |

## Linkage Factors

| | | |
|---|---|---|
| **Resident status:** Nonresident | **Age Range:** 30-49 Years | **Just. homicide circumstance:** |
| **Aggravated assault/homicide:** | | |
| **Related vehicle #:** 1 - MCA7367, PA | **Person seat position:** Front Seat - Right Side | |
| **Type of injury:** | | |
| **Person location:** NOT APPLICABLE | **Arrest date:** 07/31/2023 | |
| **Disposition:** Not Taken into Custody | | |
| **Juvenile Status:** | **Multiple Clearance:** Not Applicable | |
| **Armed with:** Unarmed | | |
| **Arrest type:** Summoned/Cited(Not Taken Into Custody) | | |
| **Offense:** 3502 - 0 DRUG SALE OF / PWID - COMPLETED | | |

## Processed Details

| | |
|---|---|
| **FINGERPRINTED** | Yes |
| **PHOTOGRAPHED** | Yes |
| **DATE PROCESSED** | Oct-24-2023 |





# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-1001359 | Operational Status: CLOSED |
|---|---|
| **OFFENSE TRACKING NUMBER** | R532111-6 |
| **Limited English Proficiency** | |
| **NON-PSP INTERPRETER** | Shall be added as an Entity |





# PENNSYLVANIA STATE POLICE

General Offense Report

| GO# PA 2023-1001359 | Operational Status: CLOSED |
|---|---|

**INVOLVED # 1 - RODRIGUEZ VASQUEZ, AMBAR**

| | | | |
|---|---|---|---|
| **Sex:** Female | **Race:** WHITE | **Ethnicity:** Hispanic | **DOB:** |
| **Age Based Off Incident Occurrence Date:** 31 | | | |
| **Height:** 5'06 **Weight:** | **Hair:** BROWN | | **Eyes:** BROWN |
| **Address:** YORK, PA 17401 | | | |
| **Home #:** | **Work #:** | | **Cell #:** |
| **Email Address:** | | | |
| **Place of Birth:** | | **Citizenship:** | |
| **Language:** | | **Marital Status:** | **Occupation:** |
| **Employer:** | | **Employer Address:** | |
| **Driver's License #:** Pennsylvania | | **Social Security #:** | |
| **Complexion:** | **Build:** | | **Handed:** |
| **Description of Facial Hair:** | | | |
| **Facial Hair Color:** | | **Eye Glass Lens:** | |

**Linkage Factors**

| | | |
|---|---|---|
| **Resident status:** Nonresident | **Age Range:** 30-49 Years | **Just. homicide circumstance:** |
| **Aggravated assault/homicide:** | | |
| **Related vehicle #:** 1 - MCA7367, PA | | **Person seat position:** Not a passenger/Occupant |
| **Type of injury:** | | |
| **Person location:** NOT APPLICABLE | | **Arrest date:** |
| **Disposition:** | | |
| **Juvenile Status:** | | **Multiple Clearance:** |
| **Armed with:** | | |
| **Arrest type:** | | |



# PENNSYLVANIA STATE POLICE

General Offense Report

| GO# PA 2023-1001359 | Operational Status: CLOSED |
|---|---|

**INVOLVED # 2 - RIVAS MARTES, CAONABO**

| | | | |
|---|---|---|---|
| **Sex:** Male | **Race:** WHITE | **Ethnicity:** Hispanic | **DOB** |
| **Age Based Off Incident Occurrence Date:** 28 | | | |
| **Height:** 5'05 **Weight:** | **Hair:** BLACK | | **Eyes:** BROWN |
| **Address:** ALLENTOWN, PA 18102 | | | |
| **Home #:** | **Work #:** | **Cell #:** | |
| **Email Address:** | | | |
| **Place of Birth:** Dominican Republic | | **Citizenship:** | |
| **Language:** | | **Marital Status:** | **Occupation:** UNKNOWN |
| **Employer:** UNKNOWN | | **Employer Address:** | |
| **Driver's License #:** Pennsylvania | | **Social Security #:** | |
| **Complexion:** | **Build:** | | **Handed:** |
| **Description of Facial Hair:** | | | |
| **Facial Hair Color:** | | **Eye Glass Lens:** | |

**Linkage Factors**

| | | |
|---|---|---|
| **Resident status:** Nonresident | **Age Range:** 22-29 Years | **Just. homicide circumstance:** |
| **Aggravated assault/homicide:** | | |
| **Related vehicle #:** 1 - MCA7367, PA | **Person seat position:** Driver - All Vehicles | |
| **Type of injury:** | | |
| **Person location:** OBSERVED/CONTACTED INSIDE VEHICLE | **Arrest date:** | |
| **Disposition:** | | |
| **Juvenile Status:** | **Multiple Clearance:** | |
| **Armed with:** | | |
| **Arrest type:** | | |

# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-1001359 | Operational Status: CLOSED |
|---|---|

## Related Vehicle(s)

### Involved #1 - 2020  HONDA MOTOR CO., LTD  ACCORD, ACCORD CROSSTOUR

| License Plate: MCA7367 | License State: Pennsylvania | VIN#: 1HGCV1F47LA130307 | OAN: |
|---|---|---|---|
| Style: SEDAN | | Color: Gray | |
| Miscellaneous Information: | | | |
| Type: AUTOMOBILE | | Transmission: | |
| Interior description: | | Exterior features: | |
| Modifications: | | Condition: | |
| Body damage: | | Wheels: | |
| Windows: | Features: | | |

### Linkage Factors

| Related Owner: | | Contacted owner: N |
|---|---|---|
| Vehicle Use: DRIVEN BY SUSPECT/ARRESTEE DURING CRIME | | |
| # of Occupants: 2 | Leased/Owned: OWNED | Location: LOCATED AT THE SCENE |
| Disposition: VEHICLE RELEASE TO DRIVER | | Towed: No |
| Insurance Company: | | Liability Insurance: No |
| Policy #: | Expiry date: | |



# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-1001359 | Operational Status: CLOSED |
|---|---|

## Related Document

**Document:** 1 -INITIAL NARRATIVE **Author:** Employee # - PRONICK,P,14218

**Related Date/Time:** Aug-03-2023 (Thu.)

**Subject:**

On 07/31/23, I was on patrol working a 0600-to-1400-hour shift and I was operating a fully marked Pennsylvania State Police SUV H1-11. I was in full uniform and working in the capacity of my current position with the Pennsylvania State Police - Harrisburg Barracks Patrol Division. I have been a Trooper for approximately four (4) years. During my service as a Trooper and prior law enforcement career, I have received vast experience relating to criminal interdiction.

On this same date, at approximately 1330 hours, I was sitting stationary in the grass median of the I 83 North on ramp. I was observing traffic entering onto I 83 North from the 13th Street on ramp. I have made numerous criminal related arrests from this exact position and is a known drug smuggling corridor and high crime related area of Harrisburg City. While sitting stationary, I observed a Silver Honda Accord bearing Pennsylvania registration MCA7367, travel past my location. The vehicle had window tint so dark that I was unable to see the interior or the occupants inside of the vehicle. I pulled out and began to follow the vehicle North on I 83. As I followed, I conducted a query of the registration and found that it was registered to a female, Ambar RODRIGUEZ VASQUEZ of York, Pennsylvania. I noticed that RODRIGUEZ VASQUEZ's address was [redacted] in York City, and I am familiar that this is a high crime area of York City.

At approximately 1333 hours, I conducted a traffic stop on the vehicle on I 83 North, mile marker 47.1, Lower Paxton Township, Dauphin County. I approached the vehicle from the passenger side and observed the vehicle occupied by two males upon them rolling down the windows. It should be noted that RODRIGUEZ VASQUEZ was not inside the vehicle. I introduced myself to the occupants and advised the of the reason for the traffic stop. Upon speaking with the operator, I observed him to be wearing air pods as he was operating the vehicle. The driver was identified as Caonabo RIVAS-MARTES, and the front passenger was identified as Amircar MALDONADO MONTEAGUDO, via their Pennsylvania Driver's Licenses. I asked RIVAS-MARTES to exit the vehicle and meet me back at my patrol vehicle so I could speak with him as I conducted my business related to the traffic stop, which he complied.

INTERVIEW WITH RIVAS-MARTES:

The interview with RIVAS-MARTES was conducted at my passenger side window and he related the following: He met MALDONADO MONTEAGUDO at PennDOT to obtain a title for a four-wheeler. He stated they are cousins. They were at PennDOT for an hour. He stated he was on his way "home", which is Allentown. He stated MALDONADO MONTEAGUDO was from York. I asked if MALDONADO MONTEAGUDO was going to go home back to York and he stated "Maybe. I don't know." He stated MALDONADO MONTEAGUDO met him at PennDOT in the vehicle they are currently in. He stated his girlfriend drove him to PennDOT to meet MALDONADO MONTEAGUDO. I asked him why he had his girlfriend drive him to PennDOT to meet with MALDONADO MONTEAGUDO to register a four-wheeler. He stated he came down to York yesterday (7/30) from Allentown and stayed the night with his

# PENNSYLVANIA STATE POLICE

**General Offense Report**

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

girlfriend.

As I spoke with RIVAS-MARTES, I conducted a query of his name and date of birth through our computer system.  I found a report from 08/11/22, in which RIVAS-MARTES and MALDONADO MONTEAGUDO were stopped in a different vehicle by Tpr. Brian KONOPKA, who is a member of our departments criminal interdiction unit (SHIELD).  They were stopped together on Interstate 78, which is another known drug smuggling corridor.

I asked RIVAS-MARTES if there was anything illegal in the vehicle and he stated to ask MALDONADO MONTEAGUDO because it was his vehicle.

-- END INTERVIEW --

INTERVIEW WITH MALDONADO MONTEAGUDO:

I re approached the vehicle from the passenger side to obtain the registration and insurance from MALDONADO MONTEAGUDO.  As MALDONADO MONTEAGUDO gathered that information, I engaged him in conversation, and he related the following:  He stated the vehicle was his and his girlfriends.  He was at PennDOT to register a four-wheeler.  He related that they went to PennDOT together.  It should be noted that RIVAS-MARTES stated that they met at PennDOT separately.  He stated that he picked up RIVAS-MARTES from his home in Philadelphia.  It should be noted that his home is in Allentown. He related that he picked RIVAS-MARTES up from Philadelphia today (7/31) and drove him to PennDOT.  This is different from the travel itinerary that RIVAS-MARTES had previously gave me.  He stated that they were now on their way to York.  I questioned him on this as they were headed North, and York was South.  He changed his story and stated they were now attempting to find a gas station to put air in his tires.  To make sure I was understanding, I asked him again about his travel on this date.  He again confirmed that he drove from York to Philadelphia and back to Harrisburg (PennDOT) and was on his way back to York, all on 07/31.

At this time, after both interviews of MALDONADO MONTEAGUDO and RIVAS-MARTES and the circumstances involved in this traffic stop, I believed that criminal activity was afoot.  I requested that MALDONADO MONTEAGUDO exit the vehicle.

I again asked if the vehicle was his and he reiterated that it was his and his girlfriends.  I asked him if there was anything illegal in the vehicle and went through my standard list of questions.  He stated there was nothing illegal in the vehicle and stated, "I am not that kind of people." He stated, "I am a family guy."  I took these statements as an attempt to gain empathy from me.

-- END OF INTERVIEW --



# PENNSYLVANIA STATE POLICE

**General Offense Report**

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

REQUESTING CONSENT & CONSENT SEARCH OF VEHICLE:

I asked MALDONADO MONTEAGUDO consent to search the vehicle and he stated "Yes." I advised MALDONADO MONTEAGUDO that he had the right to deny consent to search the vehicle. He responded "No you can check. I don't have anything." I advised him that if he wanted me to stop at any point to let Cpl. ZOSHAK know. Further, I obtained a Pennsylvania State Police Waiver of Wrights and Consent to search vehicle form. MALDONADO MONTEAGUDO signed the form and confirmed that he was giving consent to search the vehicle.

I began a systematic search of the vehicle. During the search, I located a green grocery bag on the left rear passenger seat. I opened the bag, and I observed a Pill bottle labeled "Ambar RODRIGUEZ VASQUEZ" and a container of watermelon. I observed the pill bottle to contain a White powdery substance. The bottle was supposed to contain a quantity of capsules for medication. From my training and experience, this substance appeared to be a controlled substance. I asked MALDONADO MONTEAGUDO if the green bag belonged to him, and he stated that it did along with the pill bottle. MALDONADO MONTEAGUDO related that it contained baking soda for his upset stomach. When I questioned him on the substance, he began to speak in Spanish to an unknown person on his air pods. He related again it was baking soda and stated to check it. MALDONADO MONTEAGUDO began to laugh and stated I can try it.

INVESTIGATIVE DETAILS CONTINUED/EVIDENCE:

From my training, experience and after speaking with MALDONADO MONTEAGUDO and RIVAS-MARTES, I believed that the pill bottle contained a controlled substance. I seized the pill bottle and entered it into evidence at PSP Harrisburg for later analysis along with the written consent form under property record H01-24587 and H01-24587A. Prior to departing the traffic stop MALDONADO MONTEAGUDO begged me not to take the pill bottle. I found this to be odd behavior if it had only contained baking soda. I obtained all information for MALDONADO MONTEAGUDO and RIVAS-MARTES. They were subsequently cut lose from the traffic stop.

On 08/01/23, Tfc. Dave LONG (SHIELD) responded to PSP Harrisburg and assisted with analyzing the substance. I retrieved the above property envelope from Tpr. Ryan REMINGTON (Evidence Custodian) at 0715 hours. The substance was analyzed using the MX 908 machine and the substance was found to be Xylazine/Fentanyl. Xylazine is not for human consumption and is an animal tranquilizer, which is often mixed with Fentanyl. As of 06/03/23, The Pennsylvania Department of Health made Xylazine a Schedule III controlled substance and is effective for 1 year.

At approximately 0730 hours, on the same date, the property envelope was resealed and placed back into evidence at PSP Harrisburg. A Prelog request was completed and submitted to have the above substance analyzed and weighed at the Harrisburg Regional Laboratory.



# PENNSYLVANIA STATE POLICE

**General Offense Report**

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

On 08/03/23 at approximately 1100 hours, I called and spoke with MALDONADO MONTEAGUDO regarding coming to PSP Harrisburg to speak with me. He related that I could keep the baking powder and dispose of it as his stomach is no longer upset. He stated he did not wish to come into PSP Harrisburg, and he hung up the phone.

CRIMINAL CHARGES:

On 08/23/23, a warrant was obtained for MALDONADO MONTEAGUDO. MALDONADO MONTEAGUDO was charged with one count of 780-113(a)(30), Possession with the Intent to Deliver a Controlled Substance and one count of 780-113(a)(32), Possession of Drug Paraphernalia.

ATTACHMENTS:

1. Criminal Complaint/Affidavit/Warrant/Due Diligence/NCIC
2. Property Record
3. Written Consent Form (Copy)
4. Statistical Narcotics Report
5. Significant Drug Investigation Paperwork
6. MX 908 Report
7. Prelog Request

CONCLUSION:

This case remains open pending the apprehension of MALDONADO MONTEAGUDO and final disposition.





# PENNSYLVANIA STATE POLICE

**General Offense Report**

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

## Related Document

**Document:** 7-TEXT TEMPLATES
**Author:** [Employee #] - PRONICK,P,14218
**Related Date/Time:** Jul-31-2023 (Mon.)
**Subject:** SHIELD HIGHWAY INTERDICTION

SHIELD HIGHWAY INTERDICTION REPORT

---

RMS Form Name: SHIELD HIGHWAY INTERDICTION
Version: 03
Published: 06/08/2020

---

Date of Search: 07-31-2023 Direction of Travel: North

---

Troop/Bureau/Office: H
Station: H HARRISBURG
Investigating Officer PRONICK,P,14218

---

Reason For Stop:
WINDOW TINT VIOLATION

Indicators:
- 3RD PARTY VEHICLE FROM KNOWN DRUG AREA
- ENTERING HIGHWAY FROM KNOWN DRUG/HIGH CRIMINAL ACTIVITY AREA
- DIFFERING TRAVEL PLANS
- PRIOR HISTORY WITH PSP ON I-78 (KNOWN DRUG AREA)
- CONVINCING STATEMENTS

---

Destination and Origin

Subject's Point of Origin:
YORK, PENNSYLVANIA
Subject's Destination:
ALLENTOWN, PENNSYLVANIA

---

---

Type Of Search: Consent

Refusal to Search, List Action Taken:
NONE

Descriptions, Amounts and Locations of All Contraband or Money





# PENNSYLVANIA STATE POLICE

**General Offense Report**

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

PILL BOTTLE CONTAINING XYLAZINE / FENTANYL (APPROX 30 GRAMS) - LOCATED IN GROCERY BAG

Hidden Compartments:
NONE

Assisting Members:
CPL. JASON ZOSHAK

---

Required Information

ODIN Entry Completed: No
Asset Forefeiture Form Completed: No
Statistical Narcotic Report System Entry: Yes
Request For Forensic Analysis: Yes
Significant Drug Investigation Report: Yes
MVR Request Submitted Yes
If No Explain:

---

BCI or Troop Vice Notfication

BCI or Vice Unit Notified: Yes

Type of Unit Notified: BCI-Strike Force

Member Notified: JOHNSON,W,12944

Date Notified: 08-01-2023 Time Notified: 0900

---

Intelligence Unit Notification

Intelligence Officer Notified: No

Type of Intel Unit:

Member Notified:





# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

Date Notified: Time Notified:

Canine Information

Any Canine Unit Utilized? No
PSP Canine Member:

Non-PSP Canine Info:

If a non-PSP K-9 is utilized, ensure BESO is notified via the Routing Tab on the first page of the MRE report. (Notify code BESOS)

Action Taken And Any Other Pertinent Information:
WARRANT OBTAINED FOR MALDONADO MONTEAGUDO

****REMINDER****
Complete Statistical Narcotics Report Per FR 7-8

X ***End of Template *** X



# PENNSYLVANIA STATE POLICE

**General Offense Report**

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

## Related Document

**Document:** 7-TEXT TEMPLATES
**Author:** Employee # - PRONICK,P,14218
**Related Date/Time:** Aug-09-2023 (Wed.)
**Subject:** MVR REQUEST

MVR REQUEST

---

RMS Form Name: MVR REQUEST
Version: 04
Published: 06/08/2020

---

REQUESTOR: PRONICK,P,14218
OFFICER LOGIN: PRONICK,P,14218

TRAFFIC CITATION #: N/A
DATE: 07-31-2023
APPROX. START TIME 1331 HRS
APPROX. END TIME 1425 HRS
PATROL UNIT H1-11

REASON FOR REQUEST:

| | | | |
|---|---|---|---|
| | DUI | CRIME SCENE | DOMESTIC |
| | CRASH | INTERVIEW | PURSUIT |
| X | TRAFFIC STOP | TRAINING | DISCOVERY RTK |
| X | OTHER ACT 64 | | |

ALL PARTICIPANTS ON VIDEO, TO INCLUDE DEFENDANT(S) NAME:
TPR PRONICK, CPL ZOSHAK, CAONABO RIVAS MARTES, AMIRCAR MALDONADO MONTEAGUDO

SUSPECT'S VEHICLE DESCRIPTION:
SILVER HONDA ACCORD

BRIEF DESCRIPTION OF INCIDENT:
PWID

MANDATORY DUPLICATION/RETENTION
Members are responsible for notifying the MVR Custodial Officer of these

*** End of Template ***



# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-1001359 | Operational Status: CLOSED |
|---|---|

## Related Document

**Document:** 2 - NEWS RELEASE NARRATIVE        **Author:** Employee # - PRONICK,P,14218

**Related Date/Time:** Aug-09-2023  (Wed.)

**Subject:**

On the above date and time, PSP Harrisburg conducted a traffic stop on the
below vehicle.  A search of the vehicle yielded a large amount of narcotics.
Charges to be filed before 12-1-06.





# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-1001359 | Operational Status: CLOSED |
|---|---|

## Follow Up Report #1

| Assigned to: Employee # - MATTHEWS,R,12375 | | Assigned on: Aug-16-2023 (Wed.) 1020 |
|---|---|---|
| Completed: Yes | Approved on: 08/29/2023 | Approved by: NEWCOMER,J,12055 |

### Narrative Text #1

**Document:** 7-TEXT TEMPLATES

**Related Date/Time:** Aug-16-2023 (Wed.)

**Subject:** MVR REQUEST COMPLETION

MVR REQUEST COMPLETION

RMS Form Name: MVR REQUEST COMPLETION
Version: 03
Published: 06/08/2020

DATE: Jul-31-2023

INVESTIGATOR: PRONICK,P,14218

PATROL UNIT: H1-11

Based on the above information I created a DVD copy of the mobile video recording. Said recorded copy will be logged in to the MVR/Disc Storage file at PSP Harrisburg
.

Comments or Notes Observed Regarding Recording:

*** End Of Template ***





# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

## Follow Up Report #2

| | | **Assigned on:** Aug-29-2023 (Tue.) 509 |
|---|---|---|
| **Completed:** Yes | **Approved on:** 08/29/2023 | **Approved by:** NEWCOMER,J,12055 |

## Related Report Image(s)

**Type:** Due Diligence of Warrant Service

**Description:** DUE DILLIGENCE/WARRANT/NCIC/CRIMINAL COMPLAINT

SP 6-401 (8-2012)

Pennsylvania State Police

**Due Diligence of Warrant Service**

| Field | Value |
|---|---|
| CITATION # or CRIMINAL COMPLAINT NUMBER | H19B9KT587 |
| TYPE OF WARRANT | ☑ CRIMINAL ☐ TRAFFIC |
| ORIGINATING STATION/LOCATION | PA STATE POLICE - HARRISBURG |
| CODE | H01 |
| TELEPHONE NUMBER | (717) 671-7500 |
| CAD/CASE NUMBER | PA 2023-1001359 |
| DATE/TIME WARRANT APPLIED FOR | 08/23/2023 09:31 |
| DATE/TIME WARRANT RECEIVED (ORIGINATING STATION) | 08/23/2023 09:36 |
| MEMBER NAME | PRONICK, PHILIP |
| BADGE NUMBER | 14218 |
| TRANSMITTAL DATE | |
| SERVING STATION/LOCATION | |
| CODE | |
| TELEPHONE NUMBER | |
| CAD/CASE NUMBER | |
| DATE/TIME WARRANT RECEIVED (SERVING STATION) | |
| MEMBER ASSIGNED | , |
| BADGE NUMBER | |
| DEFENDANT NAME | AMIRCAR MALDONADO MONTEAGUDO |
| DEFENDANT DOB | [redacted] |
| AGE | 31 |
| SSN | [redacted] |
| DRIVER'S LICENSE NUMBER | [redacted] |
| STATE | PA |
| RACE | BLACK - B |
| SEX | M |
| EYES | BROWN - BRO |
| HAIR | BLACK - BLK |
| HEIGHT | 5' 09" |
| WEIGHT | 250 LBS |
| DEFENDANT ADDRESS | [redacted] YORK PA. 17401 |
| TELEPHONE NUMBER | [redacted] |
| DEFENDANT WORKPLACE/SCHOOL | UNEMPLOYED |
| TELEPHONE NUMBER | |
| WORKPLACE/SCHOOL ADDRESS | |
| OCCUPATION | UNEMPLOYED |
| SCARS-MARKS-TATTOOS | |
| OTHER DESCRIPTION | |
| PennDOT/CPIN PHOTO ATTACHED | ☐ |
| ISSUING AUTHORITY NUMBER | 12-1-06 |
| ISSUING AUTHORITY NAME | LINDSEY, JOSEPH S |
| TELEPHONE NUMBER | (717) 671-8640 |
| ISSUING AUTHORITY ADDRESS | 5925 LOCUST LANE HARRISBURG, PA 17109, HARRISBURG, PA 1 |
| VEHICLE MAKE | HONDA |
| REGISTRATION NO. | MCA7367 |
| STATE | PA |
| VEHICLE MODEL | ACCORD |
| VEHICLE COLOR | ALUMINUM/SILVER |
| OTHER VEHICLE DESCRIPTION | SEDAN, 4-DOOR, AUTO |
| DOCKET NUMBER | CR-428-2023 |
| OTN | R5321116 |
| NCIC ENTRY DATE | 08/23/2023 |
| NIC NUMBER | W683014557 |

| CHARGE | SECTION | SUBSECTION | STATUTE DESCRIPTION |
|---|---|---|---|
| 1 | 780-113 | A30 | MANUFACTURE, DELIVERY, OR POSSESSION WITH INTENT TO MANUFACTURE OR DELIVER |
| 2 | 780-113 | A32 | USE/POSS OF DRUG PARAPH |

| EXTRADITION | EXTRADITION AUTHORIZATION |
|---|---|
| ☑ YES ☐ NO | DAUPHIN CO, DA OFFICE<br>PHONE NUMBER: (717) 780-6767 |

EXTRADITION REMARKS
3 - FELONY SURROUNDING STATES



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

REMARKS



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

## SERVICE ATTEMPTS

| OFFICER'S NAME | DATE/TIME |
|---|---|
| GROSSMAN, NATHAN | 08/28/2023 11:43 HRS. |

ADDRESS/LOCATION OF SERVICE
PSP HARRISBURG
WEST HANOVER TWP

REMARKS
WARRANT ACTIVE / WARRANT ENTERED INTO TRACKING PROGRAM. NOTICE OF WARRANT LETTER SENT.

## REPORT OF SERVICE

| FINE & COSTS COLLECTED | FINE & COSTS | METHOD | DATE - TIME |
|---|---|---|---|
| ☐ YES ☐ NO | | | HRS. |
| **BAIL – BOND COLLECTED** | **BAIL – BOND** | **METHOD** | **DATE - TIME** |
| ☐ YES ☐ NO | | | HRS. |

ARRAIGNED BEFORE

| ISSUING AUTHORITY ADDRESS | TELEPHONE NUMBER |
|---|---|
| , | |

COMMITMENT ☐ COMMITTED ☐ RELEASE

COMMITMENT REMARKS

SERVICE REMARKS

## CERTIFICATION OF SERVICE

| OFFICER – RANK, NAME | SIGNATURE | BADGE NUMBER |
|---|---|---|
| , , | | |
| **WARRANT OFFICER – RANK, NAME** | **SIGNATURE** | **BADGE NUMBER** |
| , , | | |



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

```
*** RESPONSE FROM CLEAN QUERY ***          CID/W683014557
MKE/WANTED PERSON
EXL/3 -EXTRADITION - SURROUNDING STATES ONLY
ORI/PAPSP3600 NAM/MALDONADO MONTEAGUDO, AMIRCAR SEX/M RAC/B
DOB/[redacted] HGT/509 WGT/250 EYE/BRO HAI/BLK
SOC/[redacted]
OLN/[redacted] OLS/PA OLY/2026
OFF/DANGEROUS DRUGS - SEE MIS
DOW/20230823 OCA/PA2023-1001359
WNO/DIS712352882 NOA/N
MIS/LEO/PRONICK, PHILIP S#MANUFACTURE, DELIVERY, OR POSSESSION WITH INTENT
TO
MIS/MANUFACTURE OR DELIVER
VIN/1HGCV1F47LA130307 VYR/2020
VMA/HOND VMO/ACC VST/4D VCO/SIL
DNA/N
NIC/W683014557 DTE/20230823 0936 EST DLU/20230823 0936 EST
```

---

```
MKE/WANTED PERSON
EXL/3 - EXTRADITION - SURROUNDING STATES ONLY
ORI/PAPSP3600 NAM/MALD0NAD0 M0NTEAGUD0, AMIRCAR SEX/M RAC/B
DOB/[redacted] HGT/509 WGT/250 EYE/BR0 HAI/BLK
SOC/[redacted]
OLN/[redacted] OLS/PA OLY/2026
OFF/DANGEROUS DRUGS -  SEE MIS
DOW/20230823 OCA/PA2023-1001359
WNO/DIS712352882 NOA/N
MIS/LE0/PR0NICK, PHILIP S#MANUFACTURE, DELIVERY, 0R P0SSESSI0N WITH INTENT
T0
MIS/MANUFACTURE 0R DELIVER
VIN/1HGCV1F47LA130307 VYR/2020
VMA/H0ND VM0/ACC VST/4D VC0/SIL
DNA/N
ORI IS SP HARRISBURG 717 671-7500
NIC/W683014557 DTE/20230823 0936 EDT DLU/20230823 0936 EDT
```



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DAUPHIN

## Arrest Warrant

Commonwealth of Pennsylvania
v.
Amircar Maldonado Monteagudo

| | |
|---|---|
| Mag. Dist. No. : | MDJ-12-1-06 |
| MDJ Name : | Honorable Joseph S. Lindsey |
| Address : | 5925 Locust Lane<br>Harrisburg, PA 17109 |
| Telephone : | 717-671-8640 |

| | | | |
|---|---|---|---|
| Complaint No.: | H19B9KT587 | Issued For: | Amircar Maldonado Monteagudo |
| Incident No.: | PA 2023-1001359 | Docket No: | MJ-12106-CR-0000428-2023 |
| Charging Officer: | Pronick, Philip S. | | |
| Arresting Agency: | Harrisburg PSP | | |
| Case Filed: | 08/23/2023 | NCIC OFF: | 3540 |
| OTN: | R 532111-6 | OOC: | |
| Reason For Warrant: | Other (Arrest Warrant) | WARRANT ID: | DIS712352882 |
| Offense Date: | 07/31/2023 | Warrant Control No: | 12106-AW-0000095-2023 |
| Lead Offense: | 35 § 780-113 §§ A30 MANUFACTURE, DELIVERY, OR POSSESSION WITH INTENT TO MANUFA | | |

**TO THE OFFICER: Philip S. Pronick**

In the name of the Commonwealth of Pennsylvania, you are commanded to take the defendant, Amircar Maldonado Monteagudo, into custody. When the defendant is taken into custody, bring the defendant before me at the Court address shown above to answer the complaint charging the defendant with the offense(s) set forth above and further to be dealt with according to law.

Witness the hand and official seal of the issuing authority on this 23rd day of August, 2023.

8/23/23
Date

Magisterial District Judge

MJ-12106-CR-0000428-2023 | 12106-AW-0000095-2023 | Amircar Maldonado Monteagudo

MDJS 417
Printed: 08/23/2023 9:31:35AM

1

FREE INTERPRETER
www.pacourts.us/language-rights
717-780-6640



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DAUPHIN

## Arrest Warrant

Commonwealth of Pennsylvania
v.
Amircar Maldonado Monteagudo

| | |
|---|---|
| Mag. Dist. No. : | MDJ-12-1-06 |
| MDJ Name : | Honorable Joseph S. Lindsey |
| Address : | 5925 Locust Lane<br>Harrisburg, PA 17109 |
| Telephone : | 717-671-8640 |

| | | | |
|---|---|---|---|
| Complaint No.: | H19B9KT587 | Issued For: | Amircar Maldonado Monteagudo |
| Incident No.: | PA 2023-1001359 | Docket No: | MJ-12106-CR-0000428-2023 |
| Charging Officer: | Pronick, Philip S. | | |
| Arresting Agency: | Harrisburg PSP | | |
| Case Filed: | 08/23/2023 | NCIC OFF: | 3540 |
| OTN: | R 532111-6 | OOC: | |
| Reason For Warrant: | Other (Arrest Warrant) | WARRANT ID: | DIS712352882 |
| Offense Date: | 07/31/2023 | Warrant Control No: | 12106-AW-0000095-2023 |
| Lead Offense: | 35 § 780-113 §§ A30 MANUFACTURE, DELIVERY, OR POSSESSION WITH INTENT TO MANUFA | | |

**TO THE OFFICER: Philip S. Pronick**

In the name of the Commonwealth of Pennsylvania, you are commanded to take the defendant, Amircar Maldonado Monteagudo, into custody. When the defendant is taken into custody, bring the defendant before me at the Court address shown above to answer the complaint charging the defendant with the offense(s) set forth above and further to be dealt with according to law.

Witness the hand and official seal of the issuing authority on this 23rd day of August, 2023.

8/23/23 — Date

[signature] — Magisterial District Judge

MJ-12106-CR-0000428-2023 | 12106-AW-0000095-2023 | Amircar Maldonado Monteagudo

MDJS 417
Printed: 08/23/2023 9:31:35AM

1

FREE INTERPRETER
www.pacourts.us/language-rights
717-780-6640



# PENNSYLVANIA STATE POLICE

General Offense Report

GO# PA 2023-1001359 | Operational Status: CLOSED

Commonwealth of Pennsylvania
v.
Amircar Maldonado Monteagudo

**Warrant Control No: 12106-AW-0000095-2023**
Docket No: MJ-12106-CR-0000428-2023
OTN: R 532111-6

**RETURN WHERE DEFENDANT FOUND**

By authority of this warrant, on ______________________, 20 ______

I took into custody the within named ______________________________, and he/she is

☐ before you for disposition.

☐ In the ______________________________ Prison.

**RETURN WHERE DEFENDANT IS NOT FOUND**

☐ After careful search, I cannot find the within named defendant.

______________________________
(Signature of Police Officer - Name and Title)

| Service Costs: | | Additional Statutorily Authorized Service Costs: | |
|---|---|---|---|
| Warrant | ________ | ______________________ | ________ |
| Miles @ | ________ | ______________________ | ________ |
| Commitments | ________ | ______________________ | ________ |
| Miles @ | ________ | ______________________ | ________ |
| Convey/Transport | ________ | ______________________ | ________ |
| Miles @ | ________ | ______________________ | ________ |
| | | Total | ________ |

MDJS 417
Printed: 08/23/2023 9:31:35AM

2

FREE INTERPRETER
www.pacourts.us/language-rights
717-780-6640



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

Commonwealth of Pennsylvania
v.
Amircar Maldonado Monteagudo

**Warrant Control No: 12106-AW-0000095-2023**
Docket No: MJ-12106-CR-0000428-2023
OTN: R 532111-6

**RETURN WHERE DEFENDANT FOUND**

By authority of this warrant, on ______________________, 20 ______

I took into custody the within named ______________________________, and he/she is

☐ before you for disposition.

☐ In the ______________________________ Prison.

**RETURN WHERE DEFENDANT IS NOT FOUND**

☐ After careful search, I cannot find the within named defendant.

______________________________
(Signature of Police Officer - Name and Title)

| Service Costs: | | Additional Statutorily Authorized Service Costs: | |
|---|---|---|---|
| Warrant | ______ | ______ | ______ |
| Miles @ | ______ | ______ | ______ |
| Commitments | ______ | ______ | ______ |
| Miles @ | ______ | ______ | ______ |
| Convey/Transport | ______ | ______ | ______ |
| Miles @ | ______ | ______ | ______ |
| | | Total | ______ |

MDJS 417
Printed: 08/23/2023 9:31:35AM

2

FREE INTERPRETER
www.pacourts.us/language-rights
717-780-6640



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

Commonwealth of Pennsylvania
v.
Amircar Maldonado Monteagudo

**Warrant Control No: 12106-AW-0000095-2023**
Docket No: MJ-12106-CR-0000428-2023
OTN: R 532111-6

## DEFENDANT IDENTIFICATION INFORMATION

| LiveScan Tracking Number | Social Security Number | SID (State Identification Number) | FBI Number |
|---|---|---|---|
| | | | |

| Age | Race | Ethnicity | Gender | Eye Color | Hair Color | Date of Birth | Weight (lbs) | Height(Ft/In) |
|---|---|---|---|---|---|---|---|---|
| 31 | Black | Hispanic | Male | Brown | Black | | 250 | 5' 09" |

NCIC Extradition Code / Description: Felony - Extradition Surrounding States Only
Distance:
Comments:

| Alias | Participant Local No |
|---|---|
| | |

Prosecution
Commonwealth of Pennsylvania

Distinguishing Features/Special Considerations

## DEFENDANT LICENSE / VEHICLE INFORMATION

| License Number | State | Expiration Date |
|---|---|---|
| | PA | 01/02/2026 |

| Plate Number | State | Hazmat | Registration Sticker (MM/YYYY) | Comm'l Veh. Ind. | School Veh. | Oth. Veh. Cd |
|---|---|---|---|---|---|---|
| MCA7367 | PA | | 2023 | | | |

## DEFENDANT CONTACT INFORMATION

* DEFENDANT ADDRESS
Home (Case Address)
York, PA 17401

MDJS 417
Printed: 08/23/2023 9:31:35AM

3

FREE INTERPRETER
www.pacourts.us/language-rights
717-780-6640







# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

Commonwealth of Pennsylvania
v.
Amircar Maldonado Monteagudo

**Warrant Control No: 12106-AW-0000095-2023**
Docket No: MJ-12106-CR-0000428-2023
OTN: R 532111-6

## DEFENDANT IDENTIFICATION INFORMATION

| LiveScan Tracking Number | Social Security Number | SID (State Identification Number) | FBI Number |
|---|---|---|---|
| | [redacted] | | |

| Age | Race | Ethnicity | Gender | Eye Color | Hair Color | Date of Birth | Weight (lbs) | Height(Ft/In) |
|---|---|---|---|---|---|---|---|---|
| 31 | Black | Hispanic | Male | Brown | Black | [redacted] | 250 | 5' 09" |

NCIC Extradition Code / Description: Felony - Extradition Surrounding States Only
Distance:
Comments:

| Alias | Participant Local No |
|---|---|
| | |

Prosecution
Commonwealth of Pennsylvania

Distinguishing Features/Special Considerations

## DEFENDANT LICENSE / VEHICLE INFORMATION

| License Number | State | Expiration Date |
|---|---|---|
| [redacted] | PA | 01/02/2026 |

| Plate Number | State | Hazmat | Registration Sticker (MM/YYYY) | Comm'l Veh. Ind. | School Veh. | Oth. Veh. Cd |
|---|---|---|---|---|---|---|
| MCA7367 | PA | | 2023 | | | |

## DEFENDANT CONTACT INFORMATION

**DEFENDANT ADDRESS**
Home (Case Address)
[redacted]
York, PA 17401
[redacted]

MDJS 417
Printed: 08/23/2023 9:31:35AM

3

FREE INTERPRETER
www.pacourts.us/language-rights
717-780-6640







# PENNSYLVANIA STATE POLICE

**General Offense Report**

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

Commonwealth of Pennsylvania
v.
Amircar Maldonado Monteagudo

**Warrant Control No: 12106-AW-0000095-2023**
Docket No: MJ-12106-CR-0000428-2023
OTN: R 532111-6

**All Charge(s)**

| | |
|---|---|
| 35 § 780-113 §§ A30 (Lead) | MANUFACTURE, DELIVERY, OR POSSESSION WITH INTENT TO MANUFACTURE |
| 35 § 780-113 §§ A32 | USE/POSS OF DRUG PARAPH |

MDJS 417
Printed: 08/23/2023 9:31:35AM

4

FREE INTERPRETER
www.pacourts.us/language-rights
717-780-6640



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

Commonwealth of Pennsylvania
v.
Amircar Maldonado Monteagudo

**Warrant Control No: 12106-AW-0000095-2023**
Docket No: MJ-12106-CR-0000428-2023
OTN: R 532111-6

| **All Charge(s)** | |
|---|---|
| 35 § 780-113 §§ A30 (Lead) | MANUFACTURE, DELIVERY, OR POSSESSION WITH INTENT TO MANUFACTURE |
| 35 § 780-113 §§ A32 | USE/POSS OF DRUG PARAPH |

MDJS 417
Printed: 08/23/2023 9:31:35AM

4

FREE INTERPRETER
www.pacourts.us/language-rights
717-780-6640



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: DAUPHIN

## POLICE CRIMINAL COMPLAINT

COMMONWEALTH OF PENNSYLVANIA
VS.

Magisterial District Number: 12-1-06
MDJ Hon. LINDSEY, JOSEPH S
Address: 5925 LOCUST LANE
HARRISBURG, PA 17109
Telephone: (717) 671-8640

DEFENDANT: (NAME and ADDRESS)

| First Name | Middle Name | Last Name | Gen |
|---|---|---|---|
| AMIRCAR | | MALDONADO MONTEAG | |

522 W PHILADELPHIA ST,
YORK, PA 17401
(347) 241-0156

**NCIC Extradition Code Type**

NCIC Extradition Code Type 3 - FELONY SURROUNDING STATES | Distance

**DEFENDANT IDENTIFICATION INFORMATION**

| Docket Number | Date Filed | OTN/Live Scan Number | Complaint Number | Incident Number | Request Lab Services? |
|---|---|---|---|---|---|
| CR-428-23 | 08/23/2023 | R5321116 | H19B9KT587 | PA 2023-1001359 | YES |

| Gender | Date of Birth | POB | Add'l DOB | Co-Defendant? |
|---|---|---|---|---|
| M | [redacted] | - DOM | | NO |

| Defendant Also Known As | Defendant's First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| | | | | |

| Race | Ethnicity |
|---|---|
| BLACK - B | HISPANIC ORIGIN - H |

| Hair Color | Eye Color |
|---|---|
| BLACK - BLK | BROWN - BRO |

| DNA | DNA Location | Weight |
|---|---|---|
| NO | | 250 LBS |

| FBI Number | MNU Number | Height |
|---|---|---|
| | | 5' 09" |

| Defendant Fingerprinted | Fingerprint Classification |
|---|---|
| NO | |

**DEFENDANT VEHICLE INFORMATION**

| Plate # | State | HazMat | Registration Sticker (MM/YY) | Commercial Vehicle? | School Veh. | Oth. NCIC Veh. Code | Reg. same as Def. |
|---|---|---|---|---|---|---|---|
| MCA7367 | PA | | 2023 | NO | NO | | NO |

| VIN | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|
| 1HGCV1F47LA130307 | 2020 | HONDA | ACCORD | SEDAN, 4-DOOR, AUTO | ALUMINUM/SILVER |

Office of the Attorney of the Commonwealth ☐ Approved ☐ Disapproved because:

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. Pa.R.Crim.P.507.)

(Name of Attorney for Commonwealth - Please Print or Type) (Signature of Attorney for Commonwealth) (Date)

I, TPR. PHILIP PRONICK [Employee #] 14218
(Name of Affiant - Please Print or Type) (PSP/MPOETC - Assigned Affiant ID Number & Badge #)

of PENNSYLVANIA STATE POLICE, TROOP H, HARRISBURG PAPSP3600
(Identify Department or Agency Represented and Political Subdivision) (Police Agency ORI Number)

do hereby state: (check appropriate box)

1. ☑ I accuse the above named defendant who lives at the address set forth above

☐ I accuse the defendant whose name is unknown to me but who is described as

☐ I accuse the defendant whose name and popular designation or nickname is unknown to me and whom I have therefore designated as John Doe or Jane Doe.

with violating the penal laws of the Commonwealth of Pennsylvania at: 208 (Subdivision Code) I83 N MM 47.1, LOWER PAXTON TWP (Place-Political Subdivision)

in DAUPHIN County 22 (County Code) on or about 07/31/2023 AT APPROX. 13:33 HRS (Offense Date)

AOPC 412A - Rev. 12/21 Page 1 of 3



# PENNSYLVANIA STATE POLICE

## General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

### POLICE CRIMINAL COMPLAINT

| Docket Number | Date Filed | OTN/Live Scan Number | Complaint Number | Incident Number |
|---|---|---|---|---|
| CR-428-23 | 08/23/2023 | R5321116 | H19B9KT587 | PA 2023-1001359 |

| Defendant Name | First | Middle | Last |
|---|---|---|---|
| | AMIRCAR | | MALDONADO MONTEAGUDO |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a brief summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older: 0 | | |
|---|---|---|---|---|---|---|
| Lead? YES | Offense # 1 | Section 780-113 | Subsection A30 | PA Statute (Title) 35 | Count 1 | Grade F |
| NCIC Offense Code 3540 | UCR/NIBRS CS13 | PennDOT DATA (if applicable) | Accident Number | Interstate Indicator NO | Safety Zone NO | Work Zone NO |

Statute Description (include the name of statute or ordinance):
**MANUFACTURE, DELIVERY, OR POSSESSION WITH INTENT TO MANUFACTURE OR DELIVER**

Acts of the accused associated with this Offense:
**IN THAT, on or about said date, THE DEFENDANT, not being registered under the Controlled Substance, Drug, Device and Cosmetic Act,nor a practitioner registered or licensed by the appropriate State board, did knowingly manufacture, deliver, or possess with intent to manufacture or deliver Xyalzine, a controlled substance, or knowingly create, deliver or possess with intent to deliver, a counterfeit controlled substance to Tpr. Philip PRONICK of Pennsylvania State Police, in violation of Section 780-113(a)(30) of the PA Controlled Substance, Drug, Device and Cosmetic Act**

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older: 0 | | |
|---|---|---|---|---|---|---|
| Lead? NO | Offense # 2 | Section 780-113 | Subsection A32 | PA Statute (Title) 35 | Count 1 | Grade M |
| NCIC Offense Code 3550 | UCR/NIBRS CS13 | PennDOT DATA (if applicable) | Accident Number | Interstate Indicator NO | Safety Zone NO | Work Zone NO |

Statute Description (include the name of statute or ordinance):
**USE/POSS OF DRUG PARAPH**

Acts of the accused associated with this Offense:
**IN THAT, on or about said date, THE DEFENDANT did use, or possess with intent to use, drug paraphernalia, namely, Pill bottle containing xylazine, for the purpose of planting, propagating, cultivating, growing, harvesting, manufacturing, compounding, converting, producing, processing, preparing, testing, analyzing, packing, repacking, storing, containing, concealing, injecting, ingesting, inhaling or otherwise introducing into the human body a controlled substance, that is to say the DEFENDANT did possess the above-described paraphernalia for the purposes of containing, in violation of Section 780-113(a)(32) of the PA Controlled Substance, Drug, Device and Cosmetic Act.**

AOPC 412A - Rev. 12/21 Page 2 of 3





# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

POLICE CRIMINAL COMPLAINT

| Docket Number CR-428-23 | Date Filed 08/23/2023 | OTN/Live Scan Number R5321116 | Complaint Number H19B9KT587 | Incident Number PA 2023-1001359 |
|---|---|---|---|---|
| Defendant Name | Defendant's First Name AMIRCAR | Middle Name | Last Name MALDONADO MONTEAGUDO | |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S.§4904) relating to unsworn falsification to authorities.

4. This complaint consists of the preceding page(s) numbered 1 through 3

5. I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statute cited.

**(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)**

08/23/23
(Date)

TPR. [signature] /14718
(Signature of Affiant)

AND NOW, on this date, August 23, 2023 I certify that the complaint has been properly completed and verified. An affidavit of probable cause must be completed before a warrant can be issued.

12-1-06
(Magisterial District Court Number)

Joel S. [signature]
(Issuing Authority)

AOPC 412A - Rev. 12/21

Page 3 of 3



# PENNSYLVANIA STATE POLICE

## General Offense Report

**GO# PA 2023-1001359** **Operational Status: CLOSED**

### POLICE CRIMINAL COMPLAINT

| Docket Number | Date Filed | OTN/Live Scan Number | Complaint Number | Incident Number |
|---|---|---|---|---|
| CR-428-23 | 08/23/2023 | R5321116 | H19B9KT587 | PA 2023-1001359 |

| Defendant Name | First | Middle | Last |
|---|---|---|---|
| | AMIRCAR | | MALDONADO MONTEAGUDO |

### AFFIDAVIT of PROBABLE CAUSE

Your Affiant is Tpr. Philip PRONICK of the Pennsylvania State Police, currently assigned to the patrol section of Troop H - Harrisburg.

On 07/31/23, I was on patrol working a 0600 to 1400 hour shift and I was operating a fully marked Pennsylvania State Police SUV H1-11.

At approximately 1330 hours, I was sitting stationary observing traffic entering onto I 83 North from the 13th on ramp. I observed a Silver Honda Accord bearing Pennsylvania registration MCA7367, travel past my location. The vehicle had window tint so dark that I was unable to see the interior or the occupants inside of the vehicle. I pulled out and began to follow the vehicle North on I 83.

At approximately 1333 hours, I conducted a traffic stop on the vehicle on I 83 North, mile marker 47.1, Lower Paxton Township, Dauphin County. I approached the vehicle from the passenger side and observed the vehicle occupied by two males upon them rolling down the windows. The driver was identified as Caonabo RIVAS-MARTES and the front passenger was identified as Amircar MALDONADO MONTEAGUDO, via their Pennsylvania Driver's Licenses. While speaking with RIVAS-MARTES and MALDONADO MONTEAGUDO during the course of the traffic stop, I observed several indicators of criminal activity. MALDONADO MONTEAGUDO stated the vehicle was his. I asked MALDONADO MONTEAGUDO consent to search the vehicle and he provided verbal and written consent to search the vehicle.

I began a systematic search of the vehicle and I located a green grocery bag on the left rear passenger seat. I opened the bag and I observed a Pill bottle labeled "Ambar RODRIGUEZ VASQUEZ" and a container of watermelon. I observed the pill bottle to contain a White powdery substance. When asked, MALDONADO MONTEAGUDO stated that the bag and pill bottle belonged to him. MALDONADO MONTEAGUDO related that it was baking soda for his upset stomach. Both occupants were released from the scene.

I, TPR. PHILIP PRONICK BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.

TPR [signature] PRONICK/14718
(Signature of Affiant)

Sworn to me and subscribed before me this 23 day of August 2023

8/23/23 Date [signature], Magisterial District Judge

My commission expires first Monday of January, 2024

[Seal: Commonwealth of Pennsylvania, Magisterial District Judge, Dauphin County]

AOPC 411C - Rev. 12/21 Page 1 of 2



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

POLICE CRIMINAL COMPLAINT
AFFIDAVIT CONTINUATION PAGE

| Docket Number | Date Filed | OTN/Live Scan Number | | Complaint Number | Incident Number |
|---|---|---|---|---|---|
| CR-428-23 | 08/23/2023 | R5321116 | | H19B9KT587 | PA 2023-1001359 |
| Defendant Name | First: AMIRCAR | | Middle: | | Last: MALDONADO MONTEAGUDO |

## AFFIDAVIT of PROBABLE CAUSE CONTINUATION

I seized the pill bottle and entered it into evidence at PSP Harrisburg for later analysis. On 08/01/23, Tfc. Dave LONG (SHIELD) responded and assisted with analyzing the substance. As a result, the substance was found to be Xylazine/Fentanyl. Xylazine is not for human consumption and is an animal tranquilizer, which is often mixed with Fentanyl. As of 06/03/23, The Pennsylvania Department Of Health made Xylazine a Schedule III controlled substance and is effective for 1 year. The pill bottle contained approximately 30 grams of the above.

On 08/03/23, I called and spoke with MALDONADO MONTEAGUDO regarding coming to PSP Harrisburg for an interview. MALDONADO MONTEAGUDO stated that I can keep the powder and he hung up on me.

Based on the above facts, I respectfully request that a warrant be issued for Amircar MALDONADO MONTEAGUDO for the above offenses.

TFC. [signature] PIZONTAL 14218
(Signature of Affiant)

AOPC 411C - Rev. 12/21

Page 2 of 2



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

*CONFIDENTIAL*

CONFIDENTIAL INFORMATION FORM
CRIMINAL COMPLAINT

**Complete the defendant's SSN information if known. If this form is submitted as part of a Police Criminal Complaint, the NCIC Cautions/Medical Conditions and Scars/Marks/Tattoos sections should also be completed if known.**

| Docket Number | Date | OTN/Live Scan Number | Complaint Number | Incident Number |
|---|---|---|---|---|
| CR-428-23 | 08/23/2023 | R5321116 | H19B9KT587 | PA 2023-1001359 |

| Defendant Name | First | Middle | Last |
|---|---|---|---|
| | AMIRCAR | | MALDONADO MONTEAGUDO |

**NCIC Cautions and Medical Conditions (check up to 9)**

| | | | | |
|---|---|---|---|---|
| ☐ 00 | ☐ 20 | ☐ 50 | ☐ 70 | ☐ 01 |
| ☐ 05 | ☐ 25 | ☐ 55 | ☐ 80 | ____ |
| ☐ 10 | ☐ 30 | ☐ 60 | ☐ 85 | ____ |
| ☐ 15 | ☐ 40 | ☐ 65 | ☐ 90 | |

Scars, Marks, Tattoos (NCIC Codes)

Pursuant to the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania, the Confidential Information Form shall accompany a filing where confidential information is required by law, ordered by the court, or otherwise necessary to effect the disposition of a matter. This form, and any additional pages, shall remain confidential, except that it shall be available to the parties, counsel of record, the court, and the custodian. This form, and any additional pages, must be served on all unrepresented parties and counsel of record.

| This Information Pertains to: | Confidential Information: | Reference in Filing: |
|---|---|---|
| AMIRCAR MALDONADO MONTEAGUDO (full name of adult) | Social Security Number (SSN): [redacted] | Alternate Reference SSN1: |
| OR | Financial Account Number (FAN): | Alternate Reference (FAN1): |
| This information pertains to a minor with the initials of _______ and the full name of | Driver's License Number (DLN): [redacted] | Alternate Reference (DLN1): |
| (full name of minor) | State Issuance (DLN): **PA** Expires (DLN): **01/02/2026** | |
| and date of birth: | State Identification Number (SID) | Alternate Reference (SID1): |

Additional page(s) attached 1 total pages are attached to this filing.

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

TPR [signature] (Signature of Attorney or Affiant)

08/23/23 (Date)

Attorney Number:(if applicable)

Name: **TPR. PHILIP PRONICK**

Telephone: **(717) 671-7500**

Address: **8000 BRETZ DRIVE, HARRISBURG, PA 17112**

Email:

**NOTE: Parties and attorney of record in a case will have access to this Confidential Information Form. Confidentiality of this information must be maintained.**

AOPC 412A - Rev. 12/21 *CONFIDENTIAL* Page 1 of 1

PENNSYLVANIA STATE POLICE

General Offense Report

| GO# PA 2023-1001359 | Operational Status: CLOSED |
| --- | --- |



PENNSYLVANIA STATE POLICE

General Offense Report

GO# PA 2023-1001359 | Operational Status: CLOSED

Go to TOC For Official Use Only Printed On Aug-20-2025 (Wed.) For Employee # Page 35 of 70

# PENNSYLVANIA STATE POLICE

General Offense Report

GO# PA 2023-1001359 | Operational Status: CLOSED



# PENNSYLVANIA STATE POLICE

General Offense Report

GO# PA 2023-1001359 | Operational Status: CLOSED





# PENNSYLVANIA STATE POLICE

General Offense Report

| GO# PA 2023-1001359 | Operational Status: CLOSED |
|---|---|

## Related Report Image(s)

**Type:** Other

**Description:** MX908 LAB REPORT

Event: 1
Sample Date and Time: Tue. Aug 1, 2023, 07:36:18 am
Last System Check: Tue. Aug 1, 2023, 07:36:18 am PASS

SYSTEM CHECK

Serial #1914 SW: 3.3.1.4 908devices OS: 58147 Page 1



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

Event: 2
Sample Date and Time: Tue. Aug 1, 2023, 07:38:01 am
Last System Check: Tue. Aug 1, 2023, 07:36:18 am PASS

**MULTIPLE POSSIBLE ALARMS**

Serial #1914 SW: 3.3.1.4 908devices OS: 58147 Page 1





# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

Event: 2
Sample Date and Time: Tue. Aug 1, 2023, 07:38:01 am
Last System Check: Tue. Aug 1, 2023, 07:36:18 am PASS

**XYLAZINE**

RESULTS

MODE

(+) SPECTRUM

(-) SPECTRUM

Serial #1914 SW: 3.3.1.4 908devices OS: 58147 Page 2

# PENNSYLVANIA STATE POLICE

General Offense Report

GO# PA 2023-1001359 | Operational Status: CLOSED

Event: 2
Sample Date and Time: Tue. Aug 1, 2023, 07:38:01 am
Last System Check: Tue. Aug 1, 2023, 07:36:18 am PASS

CHEMWIKI

ACUTE HEALTH EFFECTS May be irritating to mucous membranes and respiratory tract. Health effects similar to fentanyl including itching, nausea, and potentially serious respiratory depression.
CAS 7361-61-7
RTECS NA
EC 230-902-1
IDLH n/a
US Schedule NA
PID RESPONSE (10.6 eV) NO
PID RESPONSE (11.7 eV) NO
AKA Rompun, Anased, Sedazine, Chanazine

## Description

A white powder at room temperature.

## Commercial Use

In vetrinary anesthesia, xylazine is used in combination with ketamine. Xylazine is often used as a sedative, muscle relaxant, and analgesic.

Serial #1914 SW: 3.3.1.4

OS: 58147 Page 3



# PENNSYLVANIA STATE POLICE

General Offense Report

GO# PA 2023-1001359 | Operational Status: CLOSED

Event: 2
Sample Date and Time: Tue. Aug 1, 2023, 07:38:01 am
Last System Check: Tue. Aug 1, 2023, 07:36:18 am PASS

CHEMWIKI

## Nefarious Use

Xylazine may obscure the presence of fentanyl when measured with MX908. Xylazine overdoses are usually fatal in humans. Overdose can be caused by doses between 40 and 2,400 mg. Drug of abuse particularily in Puerto Rico where diverted veterinary xylazine is used as a cutting agent for heroin.

## Related Materials

Serial #1914 SW: 3.3.1.4

OS: 58147 Page 4



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

Event: 2
Sample Date and Time: Tue. Aug 1, 2023, 07:38:01 am
Last System Check: Tue. Aug 1, 2023, 07:36:18 am PASS

## SUSPECT FENTANYL ANALOG

DRUG HUNTER

Serial #1914 SW: 3.3.1.4

OS: 58147 Page 5



# PENNSYLVANIA STATE POLICE

General Offense Report

GO# PA 2023-1001359 | Operational Status: CLOSED

Event: 2
Sample Date and Time: Tue. Aug 1, 2023, 07:38:01 am
Last System Check: Tue. Aug 1, 2023, 07:36:18 am PASS

CHEMWIKI

ACUTE HEALTH EFFECTS May be irritating to mucous membranes and respiratory tract. Health effects similar to fentanyl including itching, nausea, and potentially serious respiratory depression.

CAS NA

RTECS NA

EC

IDLH n/a

US Schedule

PID RESPONSE (10.6 eV) NO

PID RESPONSE (11.7 eV) NO

AKA

## Description

A crystalline white solid at room temperature.

## Commercial Use

No known commercial uses.

## Nefarious Use

A synthetic opioid related to fentanyl that carries a high risk of addiction.

Serial #1914 SW: 3.3.1.4

OS: 58147 Page 6



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

MX
908

Event: 2
Sample Date and Time: Tue. Aug 1, 2023, 07:38:01 am
Last System Check: Tue. Aug 1, 2023, 07:36:18 am PASS

CHEMWIKI

Overdose indicated by respiratory depression can be reversed using treatments such as naxolone or naltrexone.

**Related Materials**

fentanyl

Serial #1914
SW: 3.3.1.4
908devices
OS: 58147
Page 7





# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

## Related Report Image(s)

**Type:** Waiver of Rights

**Description:** WRITTEN CONSENT FORM

RM 7-4 6/21/2023

SP 7- 0027V (6-2023)

PENNSYLVANIA STATE POLICE
WAIVER OF RIGHTS AND CONSENT TO VEHICLE SEARCH

| 1. VEHICLE: PA: MCA7367 SILVER HONDA ACCORD | 2. INCIDENT OR CAD/CASE NO. PA2023-1001359 |
|---|---|

- I UNDERSTAND I HAVE BEEN ASKED BY THE PENNSYLVANIA STATE POLICE TO GIVE MY CONSENT TO SEARCH THE VEHICLE (S) NAMED ABOVE
- I UNDERSTAND THAT POLICE ARE SEARCHING FOR ANYTHING ILLEGAL, CRIMINALLY POSSESSED, OR THAT IS EVIDENCE OF A CRIME
- I UNDERSTAND THIS WILL BE A FULL AND UNLIMITED SEARCH OF THE ENTIRE VEHICLE AND THE CONTENTS REGARDLESS OF THEIR LOCATION IN, ON, OR UNDER THE VEHICLE, TO INCLUDE BUT NOT LIMITED TO:
  - ALL FACTORY AND NON-FACTORY INSTALLED COMPARTMENTS (LOCKED OR UNLOCKED)
  - ALL AREAS INTENDED OR NOT INTENDED BY THE AUTOMOBILE MANUFACTURER TO STORE PROPERTY
  - ALL MECHANICAL OR NON-MECHANICAL COMPONENTS REGARDLESS OF THEIR LOCATION

**MY SIGNATURE BELOW INDICATES THE FOLLOWING FACTS:**

- I HAVE FULL UNDERSTANDING OF WHAT IS BEING ASKED AND OF THE CONTENT OF THIS DOCUMENT.
- I UNDERSTAND THIS SEARCH MAY INVOLVE THE USE OF A DRUG DETECTING CANINE AND OTHER TOOLS OR EQUIPMENT DEEMED NECESSARY BY POLICE IN ORDER TO CONDUCT THE LEAST INTRUSIVE SEARCH POSSIBLE.
- I UNDERSTAND I DO NOT HAVE TO GIVE MY CONSENT AND THAT MY CONSENT CAN BE WITHDRAWN AT ANY TIME, NONETHELESS I GIVE MY CONSENT KNOWINGLY, VOLUNTARILY, AND WITHOUT ANY THREATS, PROMISES OR DURESS OF ANY KIND.

3. SIGNATURE-CONSENTER

4. SIGNATURE-TROOPER
TPR. PRONICK/14718

-5-



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

## Related Report Image(s)

**Type:** Property Record

**Description:**

SP 7 - 007

**PENNSYLVANIA STATE POLICE**
**PROPERTY RECORD**

1. PROPERTY RECORD CONTINUATION
2. CAD/CASE NO. PA 2023-1001359
3. INVENTORY NO. H01-24587

4. STATUS: ☒ EVIDENCE ☐ FOUND ☐ RECOVERED ☐ RECEIPT ☐ OTHER
5. OFFENSE: ACT 64
6. STATION/DISTRICT OFFICE: HARRISBURG/2110
7. SUBMITTING OFFICER: TPR PHILIP S PRONICK — BADGE NO. 14218
8. RECEIVING OFFICER: CPL JUSTIN D KURTZ — BADGE NO. 04934
9. DATE / TIME:
10. INVESTIGATING OFFICER: TPR PHILIP S PRONICK — BADGE NO. 14218
11. SIGNATURE OF RECEIVING OFFICER:
12. FOUND OR RECOVERED FROM: AM MALDONADO MONTEAGUDO — ADDRESS: 522 W PHILADELPHIA STREET, YORK, PA 17401 — TELEPHONE NO. 347-241-0156 — LOCATION: I83N MM 47.1, LOWER PAXTON TWP, DAUPHIN CO
13. DATE: 7/31/2023 — TIME: 1333

14. CODES

STORAGE AREA: 1. PROPERTY ROOM 2. SAFETY DEPOSIT BOX 3. EXPLOSIVE MAGAZINE 4. NON - DEPARTMENT 5. IMPOUND LOT 6. OTHER DEPT. FACILITY 7. NOT APPLICABLE

DISPOSITION: 1. DESTROYED 2. ESCHEATED 3. EXPENDED IN LABORATORY 4. RELEASED TO OWNER/FINDER 5. DONATED 6. FORFEITURE 7. OTHER 8. CONVERTED TO DEPT. USE 9. TRANSFERRED 10. FWD TO DHQ 11. FWD TO FSU

REMOVAL CODE: 1. CUSTODY 2. COURT 3. LABORATORY 4. OTHER 5. ESCHEATABLE 6. COMPUTER CRIME OFFICE 7. FINAL DISPOSITION 8. INVESTIGATION 9. REPACKAGE 10. FSU

| 15. ITEMS - (ONE ITEM PER LINE) | 16. TYPE PROP | 17. CODE | 18. QTY | 19. VALUE | 20. STORAGE AREA CODE | 21. DISP. CODE |
|---|---|---|---|---|---|---|
| 1 PILL BOTTLE LABELED AMBAR RODRIGUEZ VASQUEZ WITH A WHITE SUBSTANCE | 10 | 6 | 1 | | 1 | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

| 22. PROPERTY IN | OUT | 23. DATE & TIME | 24. ITEM NO.(S) | 25. OFFICER'S SIGNATURE/BADGE NO. | 26. CUSTODIAL OFFICER'S INIT/BADGE NO. | 27. REMOVAL CODE, LOCATION & REMARKS | 28. ESTIMATED DATE OF RETURN | 29. COMPUTER ENTRY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

30. I HEREBY CERTIFY THAT I AM THE OWNER OF PROPERTY OR AUTHORIZED AGENT TO RECEIVE ITEM(S) NO.

31. CLAIMANT'S NAME — OWNER'S NAME — ADDRESS — TELEPHONE NO.

32. CLAIMANT'S SIGNATURE — OWNER'S SIGNATURE — DATE

33. PICS APPROVAL NO. — 34. INACTIVE ☐



# PENNSYLVANIA STATE POLICE

## General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

SP 7 - 007

**PENNSYLVANIA STATE POLICE**
**PROPERTY RECORD**

1. PROPERTY RECORD CONTINUATION
2. CAD/CASE NO. PA 2023-1001359
3. INVENTORY NO. H01-24587A

| 4. STATUS | 5. OFFENSE | 6. STATION/DISTRICT OFFICE |
|---|---|---|
| ☒ EVIDENCE ☐ FOUND ☐ RECOVERED ☐ RECEIPT ☐ OTHER | PWID | HARRISBURG/2110 |

| 7. SUBMITTING OFFICER | BADGE NO. | 8. RECEIVING OFFICER | BADGE NO. | 9. DATE | TIME |
|---|---|---|---|---|---|
| TPR PHILIP S PRONICK | 14218 | CPL JUSTIN D KURTZ | 04934 | | |

| 10. INVESTIGATING OFFICER | BADGE NO. | 11. SIGNATURE OF RECEIVING OFFICER |
|---|---|---|
| TPR PHILIP S PRONICK | 14218 | |

| 12. FOUND OR RECOVERED FROM | ADDRESS | TELEPHONE NO. | LOCATION | 13. DATE | TIME |
|---|---|---|---|---|---|
| AMIRCAR MALDONADO MONTEAGUDO | 522 W. PHILADELPHIA STREET, YORK, PA 17401 | 347-241-0156 | I83N MM 47.1, LOWER PAXTON TWP, DAUPHIN CO | 8/1/2023 | 1430 |

14. CODES

**STORAGE AREA**
1. PROPERTY ROOM
2. SAFETY DEPOSIT BOX
3. EXPLOSIVE MAGAZINE
4. NON - DEPARTMENT
5. IMPOUND LOT
6. OTHER DEPT. FACILITY
7. NOT APPLICABLE

**DISPOSITION**
1. DESTROYED
2. ESCHEATED
3. EXPENDED IN LABORATORY
4. RELEASED TO OWNER/FINDER
5. DONATED
6. FORFEITURE
7. OTHER
8. CONVERTED TO DEPT. USE
9. TRANSFERRED
10. FWD TO DHQ
11. FWD TO FSU

**REMOVAL CODE**
1. CUSTODY
2. COURT
3. LABORATORY
4. OTHER
5. ESCHEATABLE
6. COMPUTER CRIME OFFICE
7. FINAL DISPOSITION
8. INVESTIGATION
9. REPACKAGE
10. FSU

| 15. | ITEMS - (ONE ITEM PER LINE) | 16. TYPE PROP | 17. CODE | 18. QTY | 19. VALUE | 20. STORAGE AREA CODE | 21. DISP. CODE |
|---|---|---|---|---|---|---|---|
| 1 | WRITTEN CONSENT FORM SIGNED BY AMIRCAR MALDONADO MONTEAGUDO | 77 | 6 | 1 | 0.00 | 1 | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |

| 22. PROPERTY IN | OUT | 23. DATE & TIME | 24. ITEM NO.(S) | 25. OFFICER'S SIGNATURE/BADGE NO. | 26. CUSTODIAL OFFICER'S INIT/BADGE NO. | 27. REMOVAL CODE, LOCATION & REMARKS | 28. ESTIMATED DATE OF RETURN | 29. COMPUTER ENTRY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

30. I HEREBY CERTIFY THAT I AM THE OWNER OF PROPERTY OR AUTHORIZED AGENT TO RECEIVE ITEM(S) NO.

| 31.CLAIMANT'S NAME | OWNER'S NAME | ADDRESS | TELEPHONE NO. |
|---|---|---|---|
| | | | |

| 32. CLAIMANT'S SIGNATURE | OWNER'S SIGNATURE | DATE |
|---|---|---|
| | | |

| 33. PICS APPROVAL NO. | 34. INACTIVE ☐ |
|---|---|
| | |



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

## Related Report Image(s)

**Type:** Request For Forensics Analysis

**Description:**

**Prelog Request for Forensic Analysis**

**Case Information**
**Sent electronically to Lab: (08/29/2023 @ 04:04)**
**Harrisburg Regional Laboratory**

**Incident Number:PA2023-1001359 Submission # 1**

- **Department:** PSP Harrisburg [H1] / User Name: PAPSP3600
- **Department Address:** 8000 Bretz Drive Harrisburg, PA 17112
- **Officer Name:** Philip S. Pronick
- **Officer Email:** ppronick@pa.gov
- **Officer Phone:** 717-671-7500
- **Offense Date:** 07/31/2023
- **Offense Location:** LOWER PAXTON TWP
- **Offense Type:** DRUG DEVICE AND COSMETIC ACT
- **County:** Dauphin
- **Case Type:** Forensics
- **Case Comments:** DRUG IDENTIFICATION AND WEIGHT SUSBTANCE IDENTIFIED AS XYLAZINE ON MX 908 MACHINE

**Submission Information**

- **Delivery Type:** Hand Delivered
- **Comments:** DRUG IDENTIFICATION AND WEIGHT SUBSTANCE IDENTIFIED AS XYLAZINE ON MX 908 MACHINE

**Name Information**

| Name Type | Full Name | Date Of Birth | OTN | SID | SSN |
|---|---|---|---|---|---|
| Victim | CWPA, | | | | |
| Accused | MALDONADO MONTEAGUDO, AMIRCAR | [redacted] | R532111-6 | | [redacted] |

**Analysis Request Information**

| Property/Item # | Package | Item Description | Exam Requests |
|---|---|---|---|
| H01-24587/1 | One (1) sealed envelope | PILL BOTTLE LABELED AMBAR RODRIGUEZ VASQUEZ WIH A WHITE SUBSTANCE | Drug Identification |

**Customer agreed to the Bureau of Forensic Services Customer Agreement/Terms and Conditions on 08/29/2023 @ 04:04**



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

## Related Report Image(s)

**Type:** Statistical Narcotics Report

**Description:**

Statistical Narcotics Reporting System

### Case Summary

| | | | |
|---|---|---|---|
| Troop/Bureau: | H | Station/Unit: | 01 |
| Case Number | PA 2023-1001359 | Case Date | 07/31/2023 |
| County: | Dauphin | Township: | Lower Paxton Twp |
| Crime Section Code: | PWI, Manufacture or Deliver | Gang Related: | N/A |
| Unit: | Patrol | Interdiction: | Highway(personal vehicle) |
| Paraphernalia Arrests: | 1 | Interstate: | 83 |
| Drug Lab Operator Arrests: | 0 | State Route: | |
| Special Programs: | | | |

**Employee Information:**

| | |
|---|---|
| Employee Number: | |
| Location Code: | 2110 |
| Badge Number: | 14218 |

**Drug Seizures:**

| Drug Type | Agency | Total Seized | Total Purchased | Purchased By | Purchase Price | Funds Provided By |
|---|---|---|---|---|---|---|
| Xylazine | PSP | 0.030000 kg | 0.000000 kg | N/A | $0.00 | N/A |

**Marijuana:**

**Arrests:**

| Arrest Type | Agency | Quantity |
|---|---|---|
| Felony | PSP | 1 |

**Assets:**

**Warrants:**

| Search Type | Agency | Quantity |
|---|---|---|
| Consent | PSP | 1 |

**Weapons/Labs:**

**Criminal Interdiction:**

Click to Print

Pennsylvania State Police © 2012



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

## Related Report Image(s)

**Type:** Other

**Description:** SDIR

SP 5-504 (6-2019)

Pennsylvania State Police

**Significant Drug Investigation Report**

**CONFIDENTIAL INFORMATION**

1. COPY SENT TO
- ☐ Unit Supervisor
- ☐ Troop Commander
- ☐ Director, DLED, BCI
- ☐ Other
- ☒ Crime Section Supervisor
- ☐ Area Commander
- ☐ Director, SID, BCI
- ☐ Vice Unit Supervisor
- ☐ Deputy/Operations
- ☐ Director, BCI

2. DATE: 08/29/23
3. CASE OFFICER'S NAME: Tpr. Philip PRONICK
TELEPHONE NO.: 717-671-7500
4. PREPARED BY (Rank/Name): Tpr. Philip PRONICK
5. TROOP/BUREAU/OFFICE: Troop H
6. LOCATION (Station): Harrisburg

**INVESTIGATIVE INFORMATION**

7. DATE INCIDENT OCCURRED (Date, Day, Time): 07/31/2023, MONDAY, 1333 HOURS
8. CAD/CASE NUMBER: PA2023-1001359

9. TYPE OF INCIDENT (Check appropriate categories)
- ☐ Search Warrant
- ☐ Drug Purchase
- ☐ Other
- ☒ Consent Search
- ☐ Consent Delivery
- ☐ Inventory Search
- ☐ Clandestine Lab No.
- ☐ Buy Bust

INTERDICTION BY TYPE
- ☐ Airport
- ☐ Hotel
- ☒ Highway
- ☐ Mass Transit
- ☐ Parcel
- ☐ Car Rental Agency
- ☐ Storage Locker Company
- ☐ Other

10. DLED/SID NOTIFICATION
Date: 08/01/23 Time: 0900hrs
Person Notified: Tpr. Wes JOHNSON

11. PACIC UTILIZED
Date: 08/01/2023 Time: 1430

12. LOCATION OF INCIDENT (Troop, Station, Municipality, County, Road/Route No./Highway)
Troop H - Harrisburg, Lower Paxton Township, Dauphin County
I83 North, Mile Marker 47.1

13. GPS COORDINATES
Longitude:
Latitude:

14. LEAD AGENCY (Name & Contact Information if not PSP)
PSP HARRISBURG

15. OTHER AGENCIES INVOLVED (Name & Contact Information)

16. ORIGIN/DESTINATION (List the origin and final destination of the drugs/assets seized, or human trafficking victims encountered, if known. List municipality, state, country.)
York, PA to Allentown, PA

17. SIGNIFICANT MARKINGS/TATTOOS (Describe names, pictures, or markings displayed on drug packaging material, or tattoos on individuals.)
n/a

18. ACCUSED/SUSPECTS

| | |
|---|---|
| Name: Amircar MALDONADO MONTEAGUDO | Name: Caonabo RIVAS-MARTES |
| Address: [redacted] | Address: [redacted] |
| County: York | County: Lehigh |
| Municipality: York City | Municipality: Allentown City |
| Country: USA | Country: USA |
| Sex ☐ Female ☒ Male | Sex ☐ Female ☒ Male |
| Race: White | Race: White |
| DOB: [redacted] | DOB: [redacted] |
| Age: 31 | Age: 28 |
| SSN: [redacted] | SSN: |
| Phone No.: 347-241-0156 | Phone No.: |
| Cell No.: 347-241-0156 | Cell No.: |
| Name: | Name: |
| Address: | Address: |
| County: | County: |
| Municipality: | Municipality: |
| Country: | Country: |
| Sex ☐ Female ☐ Male | Sex ☐ Female ☐ Male |
| Race: | Race: |
| DOB: | DOB: |
| Age: | Age: |
| SSN: | SSN: |
| Phone No.: | Phone No.: |
| Cell No.: | Cell No.: |



# PENNSYLVANIA STATE POLICE

**General Offense Report**

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

**19. VEHICLE INFORMATION**

Make: Honda
Model: Accord
Year: 2020
Tag: MCA7367
State: Pennsylvania
Owner Information: Ambar RODRIGUEZ VASQUEZ
Hidden Compartment(s): ☐ Yes ☒ No

Make:
Model:
Year:
Tag:
State:
Owner Information:
Hidden Compartment(s): ☐ Yes ☐ No

Make:
Model:
Year:
Tag:
State:
Owner Information:
Hidden Compartment(s): ☐ Yes ☐ No

Make:
Model:
Year:
Tag:
State:
Owner Information:
Hidden Compartment(s): ☐ Yes ☐ No

**20. CLRT CALLOUT CLASSIFICATIONS** (Check appropriate boxes)

☐ Operational Lab ☐ Nonoperational, Functional Lab ☐ Chemical Seizure/Dump Site
☐ Boxed Lab ☐ Mobile Lab ☐ Non-Lab Site

**TYPE LAB SEIZED**

☐ Nazi Meth Lab ☐ Red P Meth Lab ☐ Hype Meth Lab
☐ MDMA ☐ Other Lab

Number of Deaths:
Number of Children Exposed At Site:
Number of Exposure Injuries:
DEA "S" Number:

**21. REMARKS** (Provide a brief description of the investigation including the circumstances surrounding the seizure/arrest, charges filed or pending, and a statement concerning the present status of this investigation; e.g., concluded, continuing.)

On 07/31/23, at 1333 hours, a traffic stop was conducted on I 83 North, Mile Marker 47.1, Lower Paxton Township, Dauphin County. Upon speaking with the occupants of the vehicle, indicators of criminal activity were present, and MALDONADO MONTEAGUDO gave written consent to search the vehicle. A pill bottle containing approximately an ounce of Xylazine was located on the back seat of the vehicle. He stated the pill bottle belonged to him. A warrant has been obtained for MALDONADO MONTEAGUDO and remains active.

**22. SUMMARY OF DRUGS/ASSETS/OTHER ITEMS SEIZED** (List the type and amount of drugs/assets/other items seized. Also list type and amount of all weapons seized.)

Pill bottle containing approximately an ounce of Xylazine

**23. OTHER CRIMES INDICATED WITH THIS INCIDENT** (List the types of other crimes associated/observed with this incident; e.g., weapons, RSP, ID theft, auto theft, gambling, prostitution and related offenses, etc.)

Possession With Intent to Deliver
Gang Related? ☐ Yes ☒ No Weapons Seized? ☐ Yes ☒ No



# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-1001359 | Operational Status: CLOSED |
|---|---|

## Follow Up Report #3

| | | |
|---|---|---|
| **Assigned to:** Employee # - PRONICK,P,14218 | | **Assigned on:** Aug-29-2023 (Tue.) 534 |
| **Completed:** Yes | **Approved on:** 10/30/2023 | **Approved by:** WELDON,D,12406 |

### Narrative Text #1

**Document:** 3 - OFFICER NARRATIVE

**Related Date/Time:** Oct-30-2023 (Mon.) 715

**Subject:** WARRANT SERVED/ARRAIGNMENT

On 10/11/23, MALDONADO-MONTEAGUDO was apprehended by the New York Port Authority PD attempting to get on a flight to the Dominican Republic. The HIT confirmation was confirmed and MALDONADO-MONTEAGUDO was held at Rikers Island pending extradition.

On 10/24/23, MALDONADO-MONTEAGUDO was extradited back to Dauphin County Booking by Tpr. GROSSMAN and Tpr. BLAZONIS. MALDONADO-MONTEAGUDO was arraigned by District Judge Joseph LINDSEY and bail was set at $50,000. MALDONADO-MONTEAGUDO posted and was released.

This case remains open pending a preliminary hearing.





# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

## Related Report Image(s)

**Type:** Due Diligence of Warrant Service

**Description:**

SP 6-401 (8-2012)

Pennsylvania State Police

**Due Diligence of Warrant Service**

| Field | Value |
|---|---|
| CITATION # or CRIMINAL COMPLAINT NUMBER | H19B9KT587 |
| TYPE OF WARRANT | ☑ CRIMINAL ☐ TRAFFIC |
| ORIGINATING STATION/LOCATION | PA STATE POLICE - HARRISBURG |
| CODE | H01 |
| TELEPHONE NUMBER | (717) 671-7500 |
| CAD/CASE NUMBER | PA 2023-1001359 |
| DATE/TIME WARRANT APPLIED FOR | 08/23/2023 09:31 |
| DATE/TIME WARRANT RECEIVED (ORIGINATING STATION) | 8/23/2023 09:36 |
| MEMBER NAME | PRONICK, PHILIP |
| BADGE NUMBER | 14218 |
| TRANSMITTAL DATE | |
| SERVING STATION/LOCATION | |
| CODE | |
| TELEPHONE NUMBER | |
| CAD/CASE NUMBER | |
| DATE/TIME WARRANT RECEIVED (SERVING STATION) | |
| MEMBER ASSIGNED | , |
| BADGE NUMBER | |
| DEFENDANT NAME | AMIRCAR MALDONADO MONTEAGUDO |
| DEFENDANT DOB | [redacted] |
| AGE | 31 |
| SSN | [redacted] |
| DRIVER'S LICENSE NUMBER | [redacted] |
| STATE | PA |
| RACE | BLACK - B |
| SEX | M |
| EYES | BROWN - BRO |
| HAIR | BLACK - BLK |
| HEIGHT | 5' 09" |
| WEIGHT | 250 LBS |
| DEFENDANT ADDRESS | [redacted] YORK PA. 17401 |
| TELEPHONE NUMBER | [redacted] |
| DEFENDANT WORKPLACE/SCHOOL | UNEMPLOYED |
| TELEPHONE NUMBER | |
| WORKPLACE/SCHOOL ADDRESS | |
| OCCUPATION | UNEMPLOYED |
| SCARS-MARKS-TATTOOS | |
| OTHER DESCRIPTION | |
| PennDOT/CPIN PHOTO ATTACHED | ☐ |
| ISSUING AUTHORITY NUMBER | 12-1-06 |
| ISSUING AUTHORITY NAME | LINDSEY, JOSEPH S |
| TELEPHONE NUMBER | (717) 671-8640 |
| ISSUING AUTHORITY ADDRESS | 5925 LOCUST LANE HARRISBURG, PA 17109, HARRISBURG, PA 1 |
| VEHICLE MAKE | HONDA |
| REGISTRATION NO. | MCA7367 |
| STATE | PA |
| VEHICLE MODEL | ACCORD |
| VEHICLE COLOR | ALUMINUM/SILVER |
| OTHER VEHICLE DESCRIPTION | SEDAN, 4-DOOR, AUTO |
| DOCKET NUMBER | CR-428-2023 |
| OTN | R5321116 |
| NCIC ENTRY DATE | 8/23/2023 |
| NIC NUMBER | W683014557 |

| CHARGE | SECTION | SUBSECTION | STATUTE DESCRIPTION |
|---|---|---|---|
| 1 | 780-113 | A30 | MANUFACTURE, DELIVERY, OR POSSESSION WITH INTENT TO MANUFACTURE OR DELIVER |
| 2 | 780-113 | A32 | USE/POSS OF DRUG PARAPH |

| EXTRADITION | EXTRADITION AUTHORIZATION |
|---|---|
| ☑ YES ☐ NO | DAUPHIN CO, DA OFFICE<br>PHONE NUMBER: (717) 780-6767 |

EXTRADITION REMARKS
3 - FELONY SURROUNDING STATES





# PENNSYLVANIA STATE POLICE

General Offense Report

| GO# PA 2023-1001359 | Operational Status: CLOSED |
|---|---|

REMARKS



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

## SERVICE ATTEMPTS

| OFFICER'S NAME | DATE/TIME |
|---|---|
| GROSSMAN, NATHAN | 8/28/2023 11:43 HRS. |

ADDRESS/LOCATION OF SERVICE
PSP HARRISBURG
WEST HANOVER TWP

REMARKS
WARRANT ACTIVE / WARRANT ENTERED INTO TRACKING PROGRAM. NOTICE OF WARRANT LETTER SENT.

| OFFICER'S NAME | DATE/TIME |
|---|---|
| PRONICK, PHILIP | 9/20/2023 08:30 HRS. |

ADDRESS/LOCATION OF SERVICE
522 W PHILADELPHIA ST
YORK CITY

REMARKS
YORK CITY PD WENT TO THE ABOVE ADDRESS SPOKE WITH HOMEOWNERS AND THEY DO NOT KNOW DEFENDANT OR FEMALE THAT CAR IS REGISTERED TOO

## REPORT OF SERVICE

| FINE & COSTS COLLECTED | FINE & COSTS | METHOD | DATE - TIME |
|---|---|---|---|
| ☐ YES ☑ NO | | | HRS. |
| **BAIL – BOND COLLECTED** | **BAIL – BOND** | **METHOD** | **DATE - TIME** |
| ☐ YES ☑ NO | | | HRS. |

ARRAIGNED BEFORE
LINDSEY, JOSEPH S 12-1-06

| ISSUING AUTHORITY ADDRESS | TELEPHONE NUMBER |
|---|---|
| 5925 LOCUST LANE, HARRISBURG, PA 17109 | (717) 671-8640 |

COMMITMENT ☑ COMMITTED ☐ RELEASE

COMMITMENT REMARKS
BAIL SET AT $50,000 MONETARY. UNABLE TO POST BAIL.

SERVICE REMARKS
SUBJECT EXTRADITED FROM RIKERS ISLAND TO DAUPHIN COUNTY PRISON.

## CERTIFICATION OF SERVICE

| OFFICER – RANK, NAME | SIGNATURE | BADGE NUMBER |
|---|---|---|
| TPR. GROSSMAN, NATHAN | TPR. Nathan Gross [signature] | 03275 |
| **WARRANT OFFICER – RANK, NAME** | **SIGNATURE** | **BADGE NUMBER** |
| TPR. GROSSMAN, NATHAN | TPR. Nathan Gross [signature] | 03275 |

# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

```
From:VWM At:20231025 10:07:23 To:HBG004 MSN:00E7000724
1N0100E70007242QWA
PAPSP3663

NO RECORDS FOUND NAME/MALDONADO MONTEAGUDO, AMIRCAR DOB[redacted] RAC/W

NO RECORDS FOUND OLN/[redacted]
```





# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

```
*** RESPONSE FROM CLEAN QUERY ***                CID/W683014557
MKE/WANTED PERSON
EXL/3 -EXTRADITION - SURROUNDING STATES ONLY
ORI/PAPSP3600 NAM/MALDONADO MONTEAGUDO, AMIRCAR SEX/M RAC/B
DOB/[redacted] HGT/509 WGT/250 EYE/BRO HAI/BLK
SOC/[redacted]
OLN[redacted] OLS/PA OLY/2026
OFF/DANGEROUS DRUGS - SEE MIS
DOW/20230823 OCA/PA2023-1001359
WNO/DIS712352882 NOA/N
MIS/LEO/PRONICK, PHILIP S#MANUFACTURE, DELIVERY, OR POSSESSION WITH INTENT
TO
MIS/MANUFACTURE OR DELIVER
VIN/1HGCV1F47LA130307 VYR/2020
VMA/HOND VMO/ACC VST/4D VCO/SIL
DNA/N
NIC/W683014557 DTE/20230823 0936 EST DLU/20230823 0936 EST
```

---

```
MKE/WANTED PERSON
EXL/3 - EXTRADITION - SURROUNDING STATES ONLY
ORI/PAPSP3600 NAM/MALDONADO MONTEAGUDO, AMIRCAR SEX/M RAC/B
DOB/[redacted] HGT/509 WGT/250 EYE/BRO HAI/BLK
SOC[redacted]
OLN/[redacted] OLS/PA OLY/2026
OFF/DANGEROUS DRUGS -  SEE MIS
DOW/20230823 OCA/PA2023-1001359
WNO/DIS712352882 NOA/N
MIS/LEO/PRONICK, PHILIP S#MANUFACTURE, DELIVERY, OR POSSESSION WITH INTENT
TO
MIS/MANUFACTURE OR DELIVER
VIN/1HGCV1F47LA130307 VYR/2020
VMA/HOND VMO/ACC VST/4D VCO/SIL
DNA/N
ORI IS SP HARRISBURG 717 671-7500
NIC/W683014557 DTE/20230823 0936 EDT DLU/20230823 0936 EDT
```



# PENNSYLVANIA STATE POLICE

**General Offense Report**

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

From:VWM At:20231011 05:10:34 To:HBG221 MSN:047D02A084
1N01047D02A0842DW
PAPSP3600
ENTRY DETAINER NAM/MALD0NAD0 M0NTEAGUD0, AMIRCAR NIC/W683014557

*** ENTERED DETAINER WANTED PERSON ***
DOD/20231011 DNO/DIS712352882 IRI/NY0307000
INC/US CUSTOMS JFK PORT AUTHORITY NY-NJ PD

DW.PAPSP3600.NAM/MALD0NAD0
M0NTEAGUD0,AMIRCAR.NIC/W683014557.20231011.DIS712352882.NY0307000...US
CUSTOMS JFK PORT AUTHORITY NY-NJ PD

HBG221-00172164 20231011 05:10:32 [ 047D02A084 ] ACK





# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

$.L.
PAPSP3600
LOCATE NOTIFICATION AT 0506 EDT 20231011
1N01123456789101 1.LW.NY0307000.NAM/MALD0NAD0
M0NTEAGUD0,AMIRCAR.NIC/W683014557.
20231011.23K012171.EXTR
LOCATING ORI IS PORT AUTHORITY OF NY AND NJ PD NEW YORK

MKE/LOCATED WANTED PERSON
EXL/3 - EXTRADITION - SURROUNDING STATES ONLY
ORI/PAPSP3600 NAM/MALD0NAD0 M0NTEAGUD0,AMIRCAR SEX/M RAC/B
DOB/ HGT/509 WGT/250 EYE/BR0 HAI/BLK
SOC/
OLN/ OLS/PA OLY/2026
OFF/DANGEROUS DRUGS - SEE MIS
DOW/20230823 OCA/PA2023-1001359
WNO/DIS712352882
NOA/N
MIS/LE0/PR0NICK, PHILIP S#MANUFACTURE, DELIVERY, 0R P0SSESSI0N WITH INTENT T0
MIS/MANUFACTURE 0R DELIVER
VIN/1HGCV1F47LA130307 VYR/2020
VMA/H0ND VM0/ACC VST/4D VC0/SIL
DNA/N
AKA/MALD0NAD0-M0NTEAGUD0,AMIRCAR
AKA/MALD0NAD0,AMIRCAR
AKA/M0NTEAGUD0-MALD0NAD0,AMIRCAR
AKA/M0NTEAGUD0,AMIRCAR
NIC/W683014557 DTE/20230823 0936 EDT DLU/20231011 0506 EDT
LOCATED/20231011 NY0307000 23K012171 EXTR



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

YR.PAPSP3600.NY0307000.*0260285382.RTY/WP.CON/E.HRS/3.OCA/PA2023-1001359.NIC/W683014557.NAM/MALDONADO MONTEAGUDO,AMIRCAR.DOB[redacted].SEX/M.CNA/CPL R. CAREY .CAG/PA STATE POLICE TROOP H HBG .PHO/7176717500.FAX/7176717511.REM/THIS WARRANT HAS ALREADY BEEN CONFIRMED WITH THE USCBP. A COPY OF THE WARRANT WAS SENT AS A DETAINER. AWAITING FOR EXTRADITION ARRANGEMENTS TO BE MADE BY OUR WARRANT OFFICERS AFTER 0800 HRS. PLEASE SEND A LOCATE SO I DETAINER STATUS CAN BE PLACED ON THIS SUBJECT

HBG221-00172163 20231011 04:50:20 [ 047D02A083 ] ACK



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

```
From:NLETS At:20231011 04:37:20 To:HBG221 MSN:0010C04CFF

YQ.NY0307000.
    01:37 10/11/2023 21116
    01:37 10/11/2023 04664
    PAPSP3600.*0260285382.TXT ()
****HIT CONFIRMATION REQUEST - FIRST NOTICE****
****RESPONSE PRIORITY: URGENT-RESPOND WITHIN TEN MINUTES****

OCA/PA2023-1001359.NIC/W683014557.
*** WANTED PERSON ***
NAM/MALDONADO MONTEAGUDO,AMIRCAR.DOB/[redacted]EX/M.WNO/.CTI/.
NAME OF REQUESTER:  VEZZOLA,PO
AGENCY NAME:  PORT AUTHORITY NY-NJ PD
PHONE:  2012393501
FAX:  2012393510
REMARKS:  PLS CONF ALM IS ACTIVE & WILL YOU EXTRADITE SUBJ IS BEING DETAINED BY
US CUSTOMS AT JFK INTL APO QUEENS NY IF ACTIVE & YOU WILL EXTRDITE WE WILL TAKE
INTO CUSTODY PROCESS & LODGE FOR YOUR PU PLS SEND DETAINER & COPY OF WRNT
ADDITIONAL INFO TO FOLLOW TY
```

▶ Send Response





# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

```
From:NLETS At:20231010 23:24:29 To:HBG221 MSN:0010C026B6

YQ.NYCBP3039.
    20:24 10/10/2023 11315
    20:24 10/10/2023 72780
    PAPSP3600.*NN70851499.TXT ()
****HIT CONFIRMATION REQUEST - FIRST NOTICE****
****RESPONSE PRIORITY: URGENT-RESPOND WITHIN TEN MINUTES****

OCA/PA2023-1001359.NIC/W683014557.
*** WANTED PERSON ***
NAM/MALDONADO MONTEAGUDO,AMIRCAR.DOB/[redacted] SEX/.WNO/.CTI/.
NAME OF REQUESTER:  CBPO Y CHEUNG
AGENCY NAME:  USCBP
PHONE:  7182442550
FAX:  7185535460
REMARKS:  PLEASE REPLY WITH WARRANT STATUS AND INTENT TO EXTRADITE
```

▶ Send Response





# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

YR.PAPSP3600.NYCBP3039.*NN70851499.RTY/WP.CON/Y.OCA/PA2023-1001359.NIC/W683014557.NAM/MALDONADO MONTEAGUDO,AMIRCAR.DOB[REDACTED]CNA/CPL RONALD CAREY.CAG/PA STATE POLICE TROOP H HBG .PHO/7176717500.FAX/7176717511.REM/THIS IS AN ACTIVE WARRANT. WE WILL FAX A COPY OF THE WARRANT TO HOLD AS A DETAINER. OUR WARRANT OFFICER WILL CALL YOU TOMORROW REGARDING EXTRADTION. PLEASE SEND A LOCATE

HBG221-00172159 20231010 23:33:44 [ 047D02A07F ] ACK





# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

```
*** RESPONSE FROM CLEAN QUERY ***                CID/W683014557
MKE/WANTED PERSON
EXL/3 -EXTRADITION - SURROUNDING STATES ONLY
ORI/PAPSP3600 NAM/MALDONADO MONTEAGUDO, AMIRCAR SEX/M RAC/B
DOB/[redacted] HGT/509 WGT/250 EYE/BRO HAI/BLK
SOC/[redacted]
OLN/[redacted] OLS/PA OLY/2026
OFF/DANGEROUS DRUGS - SEE MIS
DOW/20230823 OCA/PA2023-1001359
WNO/DIS712352882 NOA/N
MIS/LEO/PRONICK, PHILIP S#MANUFACTURE, DELIVERY, OR POSSESSION WITH INTENT
TO
MIS/MANUFACTURE OR DELIVER
VIN/1HGCV1F47LA130307 VYR/2020
VMA/HOND VMO/ACC VST/4D VCO/SIL
DNA/N
NIC/W683014557 DTE/20230823 0936 EST DLU/20230823 0936 EST

______________________________

MKE/WANTED PERSON
EXL/3 - EXTRADITION - SURROUNDING STATES ONLY
ORI/[redacted] NAM/MALD0NAD0 M0NTEAGUD0, AMIRCAR SEX/M RAC/B
DOB[redacted] HGT/509 WGT/250 EYE/BR0 HAI/BLK
SOC/[redacted]
OLN/[redacted] OLS/PA OLY/2026
OFF/DANGEROUS DRUGS -  SEE MIS
DOW/20230823 OCA/PA2023-1001359
WNO/DIS712352882 NOA/N
MIS/LE0/PR0NICK, PHILIP S#MANUFACTURE, DELIVERY, 0R P0SSESSI0N WITH INTENT
T0
MIS/MANUFACTURE 0R DELIVER
VIN/1HGCV1F47LA130307 VYR/2020
VMA/H0ND VMO/ACC VST/4D VCO/SIL
DNA/N
ORI IS SP HARRISBURG 717 671-7500
NIC/W683014557 DTE/20230823 0936 EDT DLU/20230823 0936 EDT
```





# PENNSYLVANIA STATE POLICE

General Offense Report

| GO# PA 2023-1001359 | Operational Status: CLOSED | |
|---|---|---|
| **Follow Up Report #4** | | |
| **Assigned to:** Employee # - PRONICK,P,14218 | | **Assigned on:** Oct-30-2023 (Mon.) 917 |
| **Completed:** Yes | **Approved on:** 12/07/2023 | **Approved by:** WELDON,D,12406 |

## Related Report Image(s)

**Type:** Lab Report

**Description:**

PENNSYLVANIA STATE POLICE
BUREAU OF FORENSIC SERVICES

**Harrisburg Regional Laboratory**
1800 Elmerton Avenue
Harrisburg, PA 17110-9718
717-783-5554

**Drug Identification**

**CASE:** DRUG DEVICE AND COSMETIC ACT

**DATE:** July 31, 2023

**PLACE:** Lower Paxton Township, Dauphin County, Pennsylvania

**LAB REPORT:** H23-05861-1

**REPORT DATE:** November 29, 2023

**INCIDENT NO.:** PA2023-1001359

**FROM:** PSP Harrisburg

**SUBJECT:** Commonwealth of Pennsylvania (Victim)
MALDONADO MONTEAGUDO, AMIRCAR (Accu

**SUBMISSION:** Item 1 was submitted by Ryan Remington on August 31, 2023.

**ITEMS:**
**1** **One (1) sealed envelope**
1.1 One (1) resealable clear plastic bag containing one (1) orange plastic medicine bottle with white cap containing white powder.

**CONCLUSIONS:** 1 No controlled substances were detected in item 1.1.

**PLEASE ARRANGE FOR THE DISPOSITION OF THE REMAINING EVIDENCE WITHIN THIRTY (30) DAYS.**

Paul W. Welte
Forensic Scientist 2
Harrisburg Regional Laboratory

**ATTN:** Philip S. Pronick

Page 1 of 1

Any results, conclusions, interpretations, and/or opinions in this laboratory report are those of the author.



# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-1001359 | Operational Status: CLOSED | |
|---|---|---|
| **Follow Up Report #5** | | |
| **Assigned to:** Employee # - PRONICK,P,14218 | | **Assigned on:** Dec-07-2023 (Thu.) 726 |
| **Completed:** Yes | **Approved on:** 04/09/2024 | **Approved by:** WELDON,D,12406 |

**Narrative Text #1**

**Document:** 5 - CASE CONCLUSION

**Related Date/Time:** Apr-09-2024 (Tue.)

**Subject:** FINAL DISPOSITION

LAB RESULTS:

On 11/29/23, I received the drug identification results from the Harrisburg Regional Laboratory and no controlled substances were detected. I reached out to the lab and they indicated the substance was baking powder. They could not provide a reason as to why it had preliminary testes positive for Xylazine. (Report attached)

FINAL DISPOSITION:

On 12/13/23, MALDONADO-MONTEAGUDO was present at District Court 12-1-06 with his attorney Latasha WILLIAMS. All charges were withdrawn by the Dauphin County District Attorney Office.

Processed details updated.

EVIDENCE DISPOSITION:

An evidence destruction form was submitted to the evidence custodian for all items associated with property records H01-24587 and H01-24587A.

An MVR Destruction was forwarded to the MVR custodian.

CONCLUSION:

There is no property in evidence.

There is no active NCIC/CLEAN entries.

This case is closed.



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

## Related Report Image(s)

**Type:** Other

**Description:**

Troop H
STAFF SERVICES SECTION
EVIDENCE DISPOSITION FORM

ENCLOSURE (2)

*(USE SEPARATE FORM FOR EACH PROPERTY NUMBER AND LETTER SUPPLEMENTAL)*

**Check ALL THAT APPLY:**

■ DESTROY ☐ STATUTE OF LIMITATIONS ☐ DNA EVIDENCE ☐ DONATE

| PROPERTY NUMBER | INCIDENT NUMBER | DATE OF INCIDENT | INVESTIGATING OFFICER |
|---|---|---|---|
| H01-24587A | PA2023-1001359 | 07/31/23 | Tpr. PRONCK |

**ITEMS TO BE DESTROYED**

*(USE REVERSE SIDE IF NECESSARY)*

| ITEM NO.# Shall match item number on prop rec. | DESCRIPTION OF ITEM (Shall match description on Property Record) |
|---|---|
| | Destroy all items under property number? (YES) NO |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

GRADING OF THIS CRIME IS A: ___ SUMMARY ___ MISDEMEANOR ___ FELONY

DOES STATUTE OF LIMITATIONS APPLY ___ YES (If yes complete date below) ✓ NO

STATUTE OF LIMITATIONS EXPIRES ON:

IS THE DEFENDANT ON ARD: ___ YES ✓ NO (if yes, cannot destroy till completed)

DATE OF COURT DISPOSITION: 12/13/23

HAS THE APPEAL PERIOD EXPIRED? ✓ YES ___ NO (If no complete date below)

APPEAL EXPIRES:

WAS A DNA PROFILE ENTERED INTO C.O.D.I.S. FOR THIS CASE? ___ Yes ✓ NO

Tpr. Philip PRONICK 14218 4/9/24

SIGNATURE OF INVESTIGATING OFFICER BADGE NO. DATE

ABOVE ITEMS WERE DISPOSED OF IN ACCORDANCE WITH AR 3-3.

SIGNATURE OF CUSTODIAL OFFICER BADGE NO. DATE ESCHEATED/DESTROYED/DONATED



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

ENCLOSURE (2)

**Troop H**
**STAFF SERVICES SECTION**
**EVIDENCE DISPOSITION FORM**

*(USE SEPARATE FORM FOR EACH PROPERTY NUMBER AND LETTER SUPPLEMENTAL)*

**Check ALL THAT APPLY:**

■ DESTROY ☐ STATUTE OF LIMITATIONS ☐ DNA EVIDENCE ☐ DONATE

| PROPERTY NUMBER | INCIDENT NUMBER | DATE OF INCIDENT | INVESTIGATING OFFICER |
|---|---|---|---|
| H01-24587 | PA2023-1001359 | 07/31/23 | Tpr. PRONCK |

**ITEMS TO BE DESTROYED**

*(USE REVERSE SIDE IF NECESSARY)*

| ITEM NO.# Shall match item number on prop rec. | DESCRIPTION OF ITEM (Shall match description on Property Record) |
|---|---|
| | Destroy all items under property number? (YES) NO |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

GRADING OF THIS CRIME IS A: ___ SUMMARY ___ MISDEMEANOR ___ FELONY
DOES STATUTE OF LIMITATIONS APPLY ___ YES (If yes complete date below) ✓ NO
STATUTE OF LIMITATIONS EXPIRES ON:
IS THE DEFENDANT ON ARD: ___ YES ✓ NO (if yes, cannot destroy till completed)
DATE OF COURT DISPOSITION: 12/13/23
HAS THE APPEAL PERIOD EXPIRED? ✓ YES ___ NO (If no complete date below)
APPEAL EXPIRES:
WAS A DNA PROFILE ENTERED INTO C.O.D.I.S. FOR THIS CASE? ___ Yes ___ NO

Tpr. Philip PRONICK 14218 4/9/24
SIGNATURE OF INVESTIGATING OFFICER BADGE NO. DATE

ABOVE ITEMS WERE DISPOSED OF IN ACCORDANCE WITH AR 3-3.

SIGNATURE OF CUSTODIAL OFFICER BADGE NO. DATE ESCHEATED/DESTROYED/DONATED



# PENNSYLVANIA STATE POLICE

General Offense Report

**GO# PA 2023-1001359** | **Operational Status: CLOSED**

**PENNSYLVANIA STATE POLICE**

**Troop 'H' Harrisburg**

**8000 Bretz Drive**
**Harrisburg, PA 17112**

**MVR CD DISPOSITION INFORMATION**

**CAD#:** PA2023-1001359

**INVESTIGATOR**: Tpr. PRONICK

**DEFENDANT**: Amircar MALDONADO MONTEAGUDO

**DATE OF INCIDENT**: 07/31/23

**DATE OF DISPOSITION**: 12/13/23

**DISPOSITION (PLEAD GUILTY, ARD, FOUND GUILTY/NOT GUILTY)**: Withdrawn

**DESTRUCTION DATE**: 12/13/23