IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMICAR MALDONADO MONTENGUDO** : | | **JURY TRIAL DEMANDED** |
| 522 W. PHILADELPHIA STREET : | | |
| YORK, PA 17401 : | | |
| **Plaintiff** : | | |
| vs. : | | |
| **STATE TROOPER** : | | |
| **PHILLIP S. PRONICK** : | | |
| **BADGE NUMBER 3540** : | | |
| 8000 BRETZ DRIVE : | | |
| HARRISBURG, PA 17112 : | | |
| AND : | | |
| **STATE TROOPER** : | | |
| **DAVID LONG (SHIELD)** : | | |
| **BADGE NUMBER UNK** : | | |
| 8000 BRETZ DRIVE : | | |
| HARRISBURG, PA 17112 : | | |
| AND : | | |
| **COLONEL CHRISTOPHER PARIS** : | | |
| 1800 ELMERTON AVENUE : | | **No. 1:25-CV-01497-YK** |
| HARRISBURG, PA 17110 : | | |
| **Defendants** : | | |

## STIPULATION FOR EXTENSION TO FILE AN AMENDED COMPLAINT

After consultation of counsel, Alan E. Denenberg, Esq., on behalf of Plaintiff and Andrew Wollaston, Esq., on behalf of the defendants, in consideration of Defendants answer, the liberal amendment standards of F.R.CP. 15, **IT IS HEREBY STIPULATED AND AGREED** that Plaintiff be permitted to file an Amended Complaint on or before November 7, 2025.

| | |
|---|---|
| **ABRAMSON & DENENBERG, P.C.** | **DOLCHIN LAW FIRM, LLC** |
| BY: *Alan Denenberg* | BY: *Andre Wollaston* |
| ALAN E. DENENBERG, ESQ. | ANDREW WOLLASTON, ESQ. |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |
| AMICAR MALDONADO MONTENGUDO | STATE TROOPERS PRONICK AND LONG AND COLONEL PARIS |
| DATED: 10/29/2025 | DATED: 10/29/2025 |