IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMICAR MALDONADO MONTENGUDO, | : | No. 1:25-cv-01497 |
| Plaintiff | : | |
| | : | Judge Saporito |
| v. | : | |
| | : | |
| STATE TROOPER PHILLIP S. PRONICK, et al., | : | Electronically Filed Document |
| | : | |
| Defendants | : | |

DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE AN ANSWER TO THE
AMENDED COMPLAINT

Defendants, by and through counsel, hereby submit this Motion for Extension of Time to File an Answer to the Amended Complaint. If this Motion is granted, the deadline to file an Answer will be extended by fourteen (14) days. Defendants aver the following in support:

1. Plaintiff filed the Complaint underlying this matter on August 13, 2025 (ECF Doc. 1)

2. Plaintiff filed an Amended Complaint on November 7, 2025 (ECF Doc. 9).

3. In accordance with F.R.C.P. 15(a)(3), Defendants' Answer to the Amended Complaint is due on or before November 21, 2025.

4. However, Defendants require additional time to finalize their answer.

5. Undersigned counsel was recently away from the office for a family medical appointment and has a pre-scheduled deposition the same day the Defendants' Answer is due in this matter.

6. For these reasons, Defendants request that the deadline to file an Answer be extended by approximately fourteen (14) days.

7. Defendants seek this extension in good faith and not for the purpose of unduly delaying the resolution of this case or the disposition of this Court's docket.

8. Undersigned counsel has conferred with Plaintiff's attorney, who concurs with the requested relief.

WHEREFORE, Commonwealth Defendants respectfully request the Court grant this Motion, and extend the deadline to file an Anwer by approximately fourteen (14) days.

                                    Respectfully submitted,

                                    DAVID W. SUNDAY, JR.
                                    Attorney General

                         By:   *s/ Andrew J. Wollaston*
                                 ANDREW J. WOLLASTON

Office of Attorney General         Deputy Attorney General
15th Floor, Strawberry Square      Attorney ID PA 322861
Harrisburg, PA 17120
Phone: (717) 480-1932             NICOLE R. DITOMO
                                            Chief Deputy Attorney General
awollaston@attorneygeneral.gov    Civil Litigation Section

Date: November 21, 2025             Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMICAR MALDONADO MONTENGUDO, | : | No. 1:25-cv-01497 |
| Plaintiff | : | |
| | : | Judge Saporito |
| v. | : | |
| | : | |
| STATE TROOPER PHILLIP S. PRONICK, et al., | : | Electronically Filed Document |
| | : | |
| Defendants | : | |

CERTIFICATE OF CONCURRENCE

I, Andrew J. Wollaston, Deputy Attorney General, hereby certify that I have sought concurrence from Plaintiff's counsel, Alan Denenberg, Esquire, and he does concur in the Motion for Extension of Time.

      *s/ Andrew J. Wollaston*
**ANDREW WOLLASTON**
Deputy Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMICAR MALDONADO MONTENGUDO, | : | No. 1:25-cv-01497 |
| Plaintiff | : | |
| | : | Judge Saporito |
| v. | : | |
| | : | |
| STATE TROOPER PHILLIP S. PRONICK, et al., | : | Electronically Filed Document |
| | : | |
| Defendants | : | |

CERTIFICATE OF SERVICE

I, Andrew J. Wollaston, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on November 21, 2025, I caused to be served a true and correct copy of the foregoing document titled *Defendants' Motion for Extension of Time to File Answer to the Amended Complaint* to the following:

VIA ECF
Alan E. Denenberg, Esq.
Richard L. Stutman, Esq.
Abramson & Denenberg
1315 Walnut St.
Suite 500
Philadelphia, PA 19107
*Counsel for Plaintiff*

                                                *s/ Andrew J. Wollaston*
                                                ANDREW J. WOLLASTON
                                                Deputy Attorney General